AC Business Media
201 N Main St
Fort Atkinson, WI 53538

CFS Jets
17039 Kenton Dr
Cornelius NC 28031

Hoist & Crane
4920 Jefferson Hwy
Jefferson LA 70121

ADP
1 ADP Blvd
Roseland, NJ 07068

Coblentz Equipment
7719 Township Road 551
Holmesville OH 44633

Hoser Inc
1132 Curtis St
Monroe, NC 28112

DaVinci Jet
5207 Morris Field Dr
Charlotte, NC 28208

Huntington Bank
Equipment Finance Division
Remote OH 43215

Aubrey Thrasher
1170 Peachtree St, NE
Suite 1925
Atlanta GA 30309

First National Bank
1508 Military Cutoff Road
 Suite 100
Wilmington NC 28403

Iron Horse Auction
174 Airport Rd
Rockingham, NC 28379

Auction Factory
136 Christopher Ln
Statesville, NC 28625

First National Bank
12 Federal St
One North Square
Suite 300
Pittsburgh, PA 15212

Lift It Rental
648 NE 3rd Ave
Ft. Lauderdale FL 33304

Beaman Finance
CONSULT FOR
BEST MAILING ADDRESS
INDEPENDENT

Hanover
440 Lincoln St.
Worcester MA 01653

Lift It Rental
648 NE 3rd Ave
Ft. Lauderdale FL 33304

Bigge Crane
8300 McHard Rd
Houston, TX 77053

Hexagon
5775 North Sam
Houston Pkwy West
Houston TX 77086

McGriff Agency
4777 Sharon Rd.
Suite 400
Charlotte NC 28210

Boyd Company
10001 Linn Station Rd
Louisville KY 40223

Highland Publications
312 Lorna Square
Birmingham, AL 35216

Morton Buildings
252 W. Adams St.
Morton, IL 61550-1804

\v

Burkett and Burkett, CPAs
28 E Main St
# 201
Rock Hill, SC 29730

New Era Commercial
Capital & Leasing, LLC
10015 Park Cedar Dr
Charlotte NC 28210

Piranha Rentals
PO Box 69
Chauvin LA 70334

Rock Hill PD
120 East Black St.
Rock Hill SC 29730

Security Bank
15111 S. 1st St.
Milan TN 38358

South State Bank
222 East Main St.
Rock Hill SC 29730

South State Bank
817 Dave Gibson Blvd
Fort Mill SC 29708

Hoist & Crane
462 Crompton St.
Charlotte NC 28273

Wilson Technology Group
6120-V, 6120 Brookshire Blvd
Charlotte, NC 28216

Baker Donelson
1501 Main Street
Suite 310
Columbia, SC 29201

Baker Donelson
2235 Gateway Access Point
Suite 220
Raleigh, NC 27607

Boardman Clark
1 S Pinckney St.
Suite 410
Madison WI 53701

Crawford & von Keller, LLC
1640 St. Julian Place
Columbia SC 29204

Dunham Law
The Chamber Center
300 Buttermilk Pike
Suite 100
Fort Mitchell, KY 41017

Essex Richards, PA
1701 South Blvd
Charlotte NC 28203

Frederic Dorwart, Lawyers
124 E 4th St
Tulsa, OK 74103

Mountain View Equipment Co.
1720 S Lincoln Ave
Jerome, ID 83338

Hull & Chandler
1009 East Blvd.
Charlotte NC 28203

Kutak Rock
1650 Farnam Street
Omaha NE 68102

Kye Law Group, PC
201 Old Country Road
Suite 120
Melville NY 11747

Lum, Drasco & Positan, LLC
103 Eisenhower Pkwy
Suite 104
Roseland NJ 07068

MacAllister Machinery
6300 Southeastern Ave.
Indianapolis, IN 46203

Maynard Nexsen PC
4141 Parklake Avenue
Suite 200
Raleigh, NC  27612

Moore and Van Allen
100 N Tryon St
Suite 4700
Charlotte NC 28202

\v

The Pitney Bowes Bank
3001 Summer Street
Stamford, CT 06926

Truist Bank
214 N. Tryon St.
Charlotte NC 28202

Robinson Bradshaw
101 N Tryon St.
Suite 1900
Charlotte NC 28246

Robinson Gray Stepp & Laffitte,
LLC
2151 Pickens Street
Suite 500
Columbia, SC  29201

Sandhills Global
120 W Harvest Dr.
Lincoln, NE 68521

Smith Debnam Narron Drake
Saintsing& Myers
171 Church St.
Suite 120C
Charleston, SC 29413

Sutkowski Law Office
416 Main St.
Suite 400
Peoria Il, 61610

Gravel and Shea
76 St. Paul St
Burlington VT 05402

Hand Arendall Harrison Sale
102 South Jefferson Street
Athens AL 35611

Troutman Pepper
301 S College Street
Suite 3400
Charlotte NC 28202

VFI
2800 East Cottonwood Pkwy
2nd Floor
Salt Lake City, UT 84121

Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC 27835-8088

Womble Bond Dickinson LLP
555 Fayetteville St.
Suite 1100, Raleigh NC

AMERIC Machinery Corporation
690 Walnut Avenue
Suite 120
Vallejo, CA 94592

Apex Funding Source LLC
3050 Biscayne Blvd.
Suite 502
Miami, FL 33137

Nelson Mullins
One Wells Fargo Center
301 S. College St.
Charlotte NC 28202

Parker Poe Adams &
Bernstein, LLP
620 South Tryon Street
Suite 800
Charlotte, NC 28202

BB&T Commercial Equipment
Capital Corp.
2 Great Valley Parkway
Suite 300
Malvern, PA  19355

Boggs Contracting Inc.
1613 W. Roosevelt Blvd.
Monroe, NC 28110

Boggs Insurance Company,
Inc.
PO Box 1609
Monroe, NC 28111

BOK Financial
Bank of Oklahoma Tower
Tulsa, OK 74192

BOKF, NA DBA Bank of
Texas
PO Box 22117
Tulsa, OK 74121-2117

C T Corporation System,
as representative
Attn:  SPRS
330 N Brand Blvd - Suite 700
Glendale, CA 91203

\v

Taft Law
27777 Franklin Road
Suite 2500
Southfield, MI 48034

The Klein Law Firm, LLC
PO Box 714
Lakewood NJ 08701

Troutman Pepper
301 S College Street
Suite 3400
Charlotte NC 28202

First National Bank of
Pennsylvania
One North Shore Center
12 Federal Street
Suite 503
Pittsburg, PA 15212

Fusion Funding
88 Pine Street
Suite 2202
New York, NY 10005

Hardin County Bank
235 Wayne Road
Savannah, TN 38372

Asheville Savings Bank, S.S.B.
11 Church Street
P.O. Box 652
Asheville, NC  28202

Bank of the West
1625 Fountainhead Pkwy
6th Floor, DFS
Tempe, AZ 85282

BankFinancial National
Association
60 North Frontage Road
Burr ridge, IL 60527

Park Sterling Bank
PO Box 2249
Gastonia, NC  28053

People's Capital and
Leasing Corp.
850 Main Street
3rd Floor BC03
Bridgeport, CT 06604

People's United Bank, N.A
One Post Office Square
32nd Floor
Boston, MA  02109

Carl A Boggs
PO Box 1609
Monroe, NC 28111

CIT Bank, N.A.
1021 Centurion Parkway
North
Jacksonville, FL  32256

Corporate Service Company,
as Representative
P.O. Box 2576
Springfield, IL 62708

Simmons Bank
PO Box 7009
Pine Buff, AR 71611

Simmons Bank
100 E. Reelfoot Ave.
Union City, TN  38261

\v

Lift It Capital, LLC
Lift It Rentals Five, LLC
Lift It Rentals Four, LLC
Lift It XL Two, LLC
Lift It Rentals Nine, LLC
Lift It Rentals Two, LLC
Lift It Rentals Seven, LLC
Lift It XL, LLC
Lift It MSA, LLC
Lift It Rentals Eight, LLC
Lift It XL Four, LLC
Lift It Rentals Ten, LLC
Lift It Rentals Three LLC
Lift It Holdings, LLC
Lift It XL Three, LLC
Lift It Rentals Six, LLC
Lift It Rentals, LLC
1112 North Flagler Drive
Fort Lauderdale, FL 33304

Presidential Bank, FSB
4600 East-West Highway
4th Floor
Bethesda, MD  20814

Square Funding dba
Square Advance
90 E. Halsey Rd.
Parsippany, NJ  07054

Newman Tractor, LLC
2841 Verona Road
Verona, KY 41092

Security Bank & Trust Company
210 West Washington Street
P.O. Box 1209
Paris, TN  38242

Thompson Tractor Co., Inc.
PO Box 10367
Birmingham, AL 35202

NFS Leasing, Inc.
900 Cummings Center
Suite 226-U
Beverly, MA 01915

Security Bank & Trust Company
P.O. Box 308
Union City, TN 38281

VFI KR SPE I LLC
2800 East Cottonwood
Parkway
2nd Floor
Salt Lake City, UT 84121

North Star Leasing, a division of
Peoples Bank
PO Box 4505
Burlington, VT 05406

Wheeler Financial from Pitney
Bowes Inc.
1245 East Brickyard Road
Suite 250
Salt Lake City, UT  84106

Wintrust Equipment Finance, a
division of Wintrust Asset Finance
Inc.
3665 Park Place West
Suite 150

Bailey's Inc
1222 Commerce Ave., Suite D
Woodland, CA 95776

Bigge Crane
14405 Stenum St
Biloxi, MS 39532

Woodforest National Bank
13840 Ballantyne Corporate Place
Suite 125
Charlotte, NC 28277

Bigge Crane
10700 Bigge St
San Leandro, CA 94577

Bigge Crane
9900 I-20 Frontage Rd
Sweetwater, TX 79556

\v

AgCentral Co-Op
920 Congress Pkwy N.
Athens, TN 37303

Alpha Omega Equipment
300 S Grant Ave
Odessa, TX 797621

Alta Equipment
2470 W Columbia Ave
Battle Creek, MI 49015

Atlantic & Southern Equipment,
LLC (AG)
1504 Hwy 117 South
Goldsboro, NC 27530

Atlantic & Southern Equipment,
LLC (AG)
1923 Kinsey Rd Dothan,
Dothan, AL 36303

Atlantic & Southern
Equipment, LLC (AG)
1642 Forest Pkwy
Lake City, GA 30260

Atlantic & Southern Equipment,
LLC (AG)
4186 Hwy 82
West Tifton, GA 31794

Atlantic & Southern Equipment,
LLC (AG)
1904 W Main St,
Williamston, NC 27892

Bailey's Inc
1222 Commerce Ave., Suite D
Woodland, CA 95776

Bigge Crane
10700 Bigge St
San Leandro, CA 94577

Bigge Crane
3300 Busch Road
Pleasanton, CA 94566

Bigge Crane
5050 Carpenter Road
Stockton, CA 95205

Bigge Crane
2895 Industrial Blvd Suite 100A
West Sacramento, CA 95691

Bigge Crane
18410 Slover Ave
Bloomington, CA 92316

Bigge Crane
14511 Industry Cir
La Mirada, CA 90638

Bigge Crane
4191 E Dandelion St
Pahrump, NV 89048

Bigge Crane
8300 McHard Rd
Houston, TX 77053

Bigge Crane
10604 Airline Hwy
Gonzalez, LA 70737

Bigge Crane
14405 Stenum St
Biloxi, MS 39532

Bigge Crane
9900 I-20 Frontage Rd
Sweetwater, TX 79556

Bigge Crane
460 S Orange St
Salt Lake City, UT 84104

Bigge Crane
10180 Brighton Rd
Denver, CO 80640

Bigge Crane
1970 N Linn Ave
New Hampton, IA 50659

Bigge Crane
59326 878 Rd
Ponca, NE 68770

Bigge Crane
3280 Charleston Hwy
Aiken, SC 29801

Bigge Crane
1080 Industrial Dr
Watkinsville, GA 30677

Bigge Crane
1487-A Theresa Dr
Charleston, SC 29412

\v

Bigge Crane
911 College St
Bowling Green, KY 42101

Bigge Crane
1909 NW 18th St
Pompano Beach, FL 33069

Bobcat of Mandan
4209 Memorial Hwy
Mandan, ND 58554

Boyd CAT
876 Robert C. Byrd Drive
Sophia, WV 25921

Boyd CAT
1314 Robert C. Byrd Drive
Crab Orchard, WV 25827

Boyd CAT
2200 S. Kentucky Avenue
Corbin, KY 40701

Boyd CAT
359 S. Lanks Branch
Pikeville, KY 41501

Boyd CAT
1400 E. Dupont Avenue
Belle, WV 25015

Boyd CAT
3 Park Road Hub Industrial
Park
Nitro, WV 25143

Boyd CAT
12251 US 60
Ashland, KY 41102

Boyd CAT
1900 Jaggie Fox Way
Lexington, KY 40511

Boyd CAT
1477 Mayhew Road
Jackson, OH 45640

Boyd CAT
4010 Emerson Avenue
Parkersburg, WV 26104

Boyd CAT
215 Meeks Road
Dry Ridge, KY 41035

Boyd CAT
131 Parkway Drive
Elizabethtown, KY 42701

Boyd CAT
390 High Rail Way
Bowling Green, KY 42101

Boyd CAT
10910 Electron Drive
Louisville, KY 40299

Boyd CAT
1400 Cecil Avenue
Louisville, KY 40211

Boyd CAT
6109 Hamburg Pike
Jeffersonville, IN 47130

Boyd CAT
160 Moremen Road Brandenburg,
KY 40108
Brandenburg, KY 40108

Boyd CAT
211 Commerce Court
Hopkinsville, KY 42240

Boyd CAT
2420 Lynch Road
Evansville, IN 47711

Boyd CAT
1600 North 8th Street
Paducah, KY 42001

Brooks Tractor
1031 Lawrence Drive
De Pere, WI 54115

Brooks Tractor
12101 W Silver Spring Dr
Milwaukee, WI 53225

Brooks Tractor
1609 SE Frontage Road
Mt. Pleasant, WI 53177

Brooks Tractor
5429 Prairie Drive
Plover, WI 54467

\v

Brooks Tractor
2900 Bicycle Street
Sparta, WI 54656

Brooks Tractor
451 West Avenue North
West Salem, WI 54669

Brooks Tractor
1900 West Main Street
Sun Prairie, WI 53590

Century Equipment
4343 Century Dr.
Salt Lake City, UT 84123

Century Equipment
1350 S. 2000 West
Springville, UT 84663

Century Equipment
549 32nd Rd.
Clifton, CO 81520

Century Equipment
6301 Edith Blvd.
NE Albuquerque, NM 87107

Century Equipment
425 Jonah Drive
Rock Springs, WY 82901

Century Equipment
1097 Hwy 3
Durango, CO 81301

Coblentz Equipment
7719 Township Road 551
Holmesville, OH 44633

Con-Ag-Tech
61500 Watson Rd
Saint Ignatius, MT 59865

Con-Ag-Tech
5904 Twelve Mile Rd.
Billings, MT 59105

Con-Ag-Tech
191 Center St.
Mesa, WA 99343

Con-Ag-Tech
10890 Sapp Brothers Dr.
Omaha, NE 68138

Con-Ag-Tech Midwest, LLC
5485 NE 17th St., Suite D
Des Moines, IA 50313

Country Life Equipment
2138 W Hwy 79
Franklin, Texas 77856

Crownstone Equipment
7649 Hayward Rd
Frederick, MD 21702

Crownstone Equipment
18213 Maugans Avenue
Hagerstown, MD 21740

Eklund Farm Machinery
27696 State Hwy 23
Stamford, NY 12167

Equipment Inc
620 Hwy 49 South
Richland, MS 39218

Equipment Inc
6025 W. Range Line Road
Theodore, AL 36582

Equipment Inc
111 Air Park Road
Tupelo, MS 38801

Equipment Inc
7879 US Highway 49 North
Hattiesburg, MS 39402

Equipment Inc
7408 Hampton Road
Texarkana, TX 75503

Equipment Inc
5141 W. Loop 281
Longview, TX 75602

Equipment Inc
6753 Greenwood Road
Shreveport, LA 71119

\v

First Choice Farm & Lawn
1800 W. Reelfoot Ave
Union City, TN 38261

First Choice Farm & Lawn
305 Hwy 51 S
Dyersburg, TN 38024

FMI Equipment
11111 E. Trent Ave.
Spokane Valley, WA 99206

FMI Equipment
9442 N. Whitaker Rd.
Portland, OR 97217

FMI Equipment
19940 Old Owen Rd
Monroe, WA 98272

FMI Equipment
1947 Saint St.
Richland, WA 99354

FMI Equipment
1701 E Bay St.
Tacoma, WA 98421

FMI Equipment
99 Garden Hwy
Yuba, CA 95991

Garden State Engine &
Equipment
3509 Rt. 22 East
Somerville, NJ 8876

James River Equipment
245 Yardmaster Court
Stephenson, VA 22656

James River Equipment
2421 US Hwy 64 East
Asheboro, NC 27203

James River Equipment
11047 Leadbetter Road
Ashland, VA 23005

James River Equipment
305 N Main St
Mt. Gilead, NC 27306

MacAllister Machinery
2500 W Coliseum Blvd
Fort Wayne, IN 46808

MacAllister Machinery
7515 E 30th St
Indianapolis, IN 46219

MacAllister Machinery
6300 Southeastern Ave
Indianapolis, IN 46203

MacAllister Machinery
500 Hine Dr
Lafayette, IN 47905

MacAllister Machinery
25734 IN-2
South Bend, IN 46619

MacAllister Machinery
20 W Margaret Ave
Terre Haute, IN 47802

MacAllister Machinery
1453 W 150 S
Washington, IN 47501

Modern Farm Equipment
40486 408th St.
Sauk Centre, MN 56378

Modern Farm Equipment
25894 Highway 27
Pierz, MN 56364

Modern Group - Allentown
6352 Chapmans Rd
Allentown, PA 18106

Modern Group - Bowie
5401 Howerton Way
Bowie, MD 20715

\v

Modern Group - Bristol
2501 Durham Road
Bristol, PA 19007

Modern Group - Edison
75 New Street Edison
Edison, NJ 08837

Modern Group - Hasbrouck
Heights
112-128 Route 17
North Hasbrouck Heights, NJ
07604

Modern Group - Reading
2021 Centre Ave
Reading, PA 19605

Modern Group - Wilkes-Barre
295 New Commerce Blvd
Wilkes-Barre, PA 18706

Modern Group - York
3480 Board Rd
York, PA 17406

Mountain View Equipment
Company
700 West Overland Rd
Meridian, ID 83642

Mountain View Equipment
Company
3407 Hwy 95
Homedale, ID 83628

Mountain View Equipment
Company
1720 S. Lincoln Ave.
Jerome, ID 83338

Mountain View Equipment
Company
521 Midvale Rd
Sunnyside, WA 98944

Murphy Family Inc
585 E. National Pike
Washington, PA 15301

Murphy Family Inc
541 Industrial Pike Dr
Smock, PA 15401

Newman Tractor
2841 Verona Rd
Verona, KY 41092

Peachtreet Equipment
3694 Union Ave
Hapeville, GA 30354

Piranha Rentals
2059 Grand Caillou
Houma, LA 70363

Piranha Rentals
41093 Hwy 23
Venice, LA 70038

Piranha Rentals
147 1st Street
Port Fourchon, LA 70357

PowerPro Equipment
800 E. Main St
New Holland, PA 17557

PowerPro Equipment
154 Lancaster Avenue
Malvern, PA 19355

PowerPro Equipment
6515 Memorial Rd #B
Allentown, PA 18106

PowerPro Equipment
2012 Cumberland St
Lebanon, PA 17042

PowerPro Equipment
4565 West Market Street
York, PA 17408

PowerPro Equipment
70 US-202
Ringoes, NJ 8551

PowerPro Equipment
864 N West End Blvd
Quakertown, PA 18951

Quinn CAT - Bakersfield
2200 Pegasus Dr,
Bakersfield, CA 93308

Quinn CAT - Corcoran
510 Pickerell Ave
Corcoran, CA 93212

Quinn CAT - Firebaugh
1219 12th St
Firebaugh, CA 93622

\v

Quinn CAT - Foothill Ranch
25961 Wright
Foothill Ranch, CA 92610

Quinn CAT - Fresno
10273 Golden State Blvd
Selma, CA 93662

Quinn CAT - Indio
83684 Citrus Ave
Indio, CA 92201

Quinn CAT - Lancaster
46101 Sierra Hwy
Lancaster, CA 93534

Quinn CAT - Los Angeles
10006 Rose Hills Rd
City of Industry, CA 90601

Quinn CAT - Murrieta
41105 Raintree Ct
Murrieta, CA 92562

Quinn CAT - Oxnard
801 North Del Norte Blvd
Oxnard, CA 93030

Quinn CAT - Paso Robles
1560 Ramada Dr,
Paso Robles, CA 93446

Quinn CAT - Pomona
3359 Pomona Blvd,
Pomona, CA 91768

Quinn CAT - Riverside
800 East La Cadena Dr
Riverside, CA 92507

Quinn CAT - Riverside-Ever-Pac
1499 Palmyrita Ave
Riverside, CA 92507

Quinn CAT - Salinas
1300 Abbott St.
Salinas, CA 93901

Quinn CAT - Santa Maria
1655 Carlotti Dr.
Santa Maria, CA 93454

Quinn CAT - Sylmar
13275 Golden State Rd.
Sylmar, CA 91342

Quinn CAT - Tulare
6200 Hosfield Dr.
Tulare, CA 93274

Quinn CAT - Yuma
3579 E. Gila Ridge Rd.
Yuma, AZ 85365

Reeman Equipment
7180 W. 48th St.
Fremont, MI 49412

Ricer Equipment
49 Good Manor Road
Lucasville, OH 45648

Ricer Equipment
486 Burlington Road
Jackson, OH 45640

Ricer Equipment
651 Philips Run Road
Summersville, WV 26651

Robert H. Finke & Sons Inc
1569 US9 W
Selkirk, NY 12158

Scott Equipment
14635 Valley Blvd
Fontana, CA 92335

Scott Equipment
10918 Shoemaker Avenue
Santa Fe Springs, CA 90670

Stowers CAT
4066 South Access Road
Chattanooga, TN 37406

Stowers CAT
215 Interchange Drive
Crossville, TN 38571

Stowers CAT
6301 Old Rutledge Pike
Knoxville, TN 37924

Stowers CAT
1825 Veterans Boulevard
Sevierville, TN 37862

\v

Stowers CAT
9960 Airport Parkway
Kingsport, TN 37663

Stowers CAT
10644 Lexington Drive
Knoxville, TN 37932

Terry County Tractor
1203 Seagraves Road
Brownfield, TX 79316

Terry County Tractor
8504 Highway 87
Lubbock, TX 79423

TNT Equipment
800 Sanilac Rd.
Sandusky, MI 48471

United Ag & Turf
3021 State Highway 5S
Fultonville, NY 12072

United Ag & Turf
1137 US RT 7
Middlebury, VT 05753

United Ag & Turf
216 Center Road
Fairfield, ME 04937

United Ag & Turf
29 Industrial Drive
Middlebury, VT 05753

United Ag & Turf
119 South Main Street
East Windsor, CT 06088

W

United Rentals

Wilson Tractor
440 Wilson Road
Newberry, SC 29108

Woods CRW
751 County Route 37
Central Square, NY 13036

Woods CRW
7096 Carlisle Pike
Carlisle, PA 17015

AC Business Media Inc
C/O CITY  NATIONAL BANK
PO BOX 527343
MIAMI, FLA 33152-7343

Ace Hardware
2200 Kensington Court,
Oak Brook Il 60523

ADP LLC
1851 N Resler Dr MS-600
El Paso, TX 79912

AFCO INSURANCE PREMIUM
2141 ENTERPRISE DR
FLORENCE, SC 29501

Ahearn Equipment
460 Main Street
Spencer, MA 01562

AllianZ
PO Box 561
Minneapolis, MN 55440-0561

ALLSTATE CRANE RENTALS
117 Medway Rd,
Goose Creek, SC 29445

Ally
Payment Processing Cent
PO BOX 9001948
LOUISVILLE, KY 40290

Alta Equipment Attn: Joel
Bowser
8840 Byron Commerce Dr.
SW
Byron Center, MI  49315

\v

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American General Life Ins
P.O.Box 818005
Cleveland, OH 44181

American Rental Association
1900 19th Street
Moline, IL 61265

Andrew Revels
1987 Boyd Rd
Blackstock, SC 29014

Antrim Property Owners Assoc,
Inc
300 Technology Center Way Suite
410 Rock Hill, SC 29730

Apple
One Apple Park Way;
Cupertino, CA 95014

Arbon Equipment Corporation
25464 Network Plance
Chicago, IL 60673-1254

Arco
5472 Orangethorpe Ave,
La Palma, CA 90623

ARNOLD MACHINERY
464 WASHINGTON ST S
TWIN FALLS ID 83301

ARROW MATERIAL
HANDLING
PO BOX 790379
St Louis, MO 63179-0379

Ascent Global Logistics, LLC
PO Box 935888
Atlanta, GA 31193-5888

Associated Equipment
Distributors
650 E Algonquin Rd Suite 305
Schaumburg, IL 60173

B&B CRANE LLC
PO BOX 1594
SHALLOTTE, NC 28459

B. Riley Advisory & Valuation
Serv, L
PO Box 846367
Los Angeles, CA 90084-6367

Beal LLC
1301 Gervais St Ste 1040,
Columbia, SC 29201

Beaufort Ace Center
1511 Live Oak St,
Beaufort, NC 28516

Bel-Metric
35 Westech Drive
Tyngsboro, MA 01879, USA

BFS Network LLC 583
Murray Hill Rd Guyton, GA
31312

BMW Financial Services
PO BOX 9001065
LOUISVILLE KY 40290

Bolt Depot
100 Research Road
Hingham, MA 02043

Brattons Building Maintenance
PO Box 11225
Rock Hill, SC 29730

Brooks Tractor-
1900 W. Main St PO Box 9
Sun Prairie, WI 53590

Brothers Heating Cooling
Plumbing 1320 East Main St,
Rock Hill, SC 29730

Burkett Burkett & Burkett
CPA, PA
128 E Main St STE 201
Rock Hill, SC 29730

Burn's Ford
PO Box 2229
Lancaster SC 29720

Cahaba Media Group
PO Box 530067
Birmingham, AL 35253

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL  60693

\v

Cardinal Logistics Management
Corp PO Box 405069
Atlanta, GA 30384-5069

Cardinal Rubber & Seal
254 Chad Wesley Rd,
Rock Hill, SC 29730

Carolina Fire Technologies
PO Box 3201
Matthews NC 28106

Carolina Pest Management
PO Box 368
Monroe, NC 28111-0368

Cauthen's Truck & Tractor
614 Horne Road
Fort Lawn, SC 29714

Center Point CFO
P.O.Box 4657
Mooresville, NC 28117

Charlotte Crating & Pallet, Inc.
8808 Wilkinson Blvd
Charlotte, NC 28214-8061

CHERRY BEKAERT LLP
P.O. BOX 25549
RICHMOND, VA 23260-5500

Chrysler Capital
PO Box 660647
Dallas, TX 75266-0647

Cintas Corp
PO Box 630803
Cincinnati, OH 45263-0803

City of Rock Hill
PO Box 11706
Rock Hill SC 29731

City of Wilmington SafeLight
Program P.O. Box 1810
Wilmington, NC 28402

Clearview Auto Glass Specialties
665 N. Anderson Rd
Rock Hill, SC 29730

Colonial Oil Industries, Inc.
PO Box 744934
Atlanta, GA 30374-4934

Comporium
PO Box 1042
Rock Hill, SC 29731

CON-AG TECH
3954 HWY 312
BILLINGS, MT 59105

Conder Flag Company
4705 Dwight Evans Rd
Charlotte, NC 28217

Connecting Elements
PO Box 11318
Columbia, SC 29211

Construction Equipment Guide
470 MARYLAND DRIVE FORT
WASHINGTON, PA 19034

Continental Battery
PO Box 736801
Dallas, TX 75373-6801

Country Life Equipment
2138 HWY 79
Franklin, TX 77856

Craft American Hardware
7002 Wrightsville Ave,
Wilmington, NC 28403

Crane & Lift Group
PO Box 1052
Fort Dodge, IA 50501

Crescent Structures
914 MOOSE ST SUITE E
GASTONIA, NC 28056

Custom Hydraulics
3822 Statesville Avenue
Charlotte, NC 28206

DAVCO ROOFING
PO BOX 2908
HUNTERSVILLE, NC 28078

Davinci Jets
5207 Morris Field Dr,
Charlotte, NC 28208

\v

DD&H Marketing
2400 S CIMARRON RD STE 140,
LAS VEGAS, NV, 89117

Dellinger Wrecker
PO Box 396 10256 Industrial Dr
Pineville, NC 28134

Denis McCormick-
Farm 2 Day LLC
8680 Sunset Dr
Orleans, MI 48865

Deutsche Luthansa
AG Flughafen-Bereich West D-60546 Frankfurt/Main

DEUTZ POWER CENTER
PO Box 1194
New York, NY 10268

DEwalt
701 E Joppa Rd,
Towson, MD 21286

DEX Imaging
PO Box 17299
Clearwater, FL 33762-0299

DHL Express - USA, Inc
16592 Collections Center Dr
Chicago, IL 60693

DLL Finance
8001 Birchwood Court P.O. Box 2000
Johnston, IA 50131-0020

Dobbs Equipment Southeast, LLC
2400 Victory Dr
Columbus, GA 31901

DPF EXPRESS
145 Mcleod Road
Columbia, SC 29203

Enterprise Systems
10910 W. Sam Houston Pkwy N, Suite 100 Houston, TX 77064

Equipment Inc.
PO Box 1987
Jackson, MS 39215

Estes
P.O. Box 25612
Richmond, VA  23260-5612

Falvey Cargo Underwriting
66 Whitecap Dr,
North Kingstown, RI 02852

FERN EXPOSITION SERVICES LLC
12610 Interurban Ave S, Ste 120,
Seattle, WA 98168

Five Star Publishing
PO BOX 998
FORT DODGE IA 50501

FMI EQUIPMENT
11111 E TRENT AVE
SPOKANE VALLEY, WA 99206

FocusOn Group, Inc.
PO BOX 10308
ERIE, PA 16514

Ford Credit
PO Box 650575
Dallas TX 75265

Fred H. Beck & Associates, LLC
Dept. 0229 P.O. Box 1431
Charlotte, NC 28201-0229

Freeman
PO Box 650036
Dallas, TX 75265-0036

Full Spectrum Plumbing
1146 E White St, Suite A,
Rock Hill, SC 29730

GO Rentals
5400 Airport Dr,
Charlotte, NC 28208

GoDaddy.com
2155 East GoDaddy Way.
Tempe, AZ 85284

Grainger
DEPT 887256733
PALATINE, IL 60038

GreerWalker LLP
PO Box 746792
Atlanta , GA  30374-6792

\v

Hanover Insurance
13925 Ballantyne Corporate Pl Ste
100, Charlotte, NC 28277

Hapag-Lloyd
5515 SPALDING DR
PEACHTREE CORNERS, GA
30092

Harland Clarke
9013 Perimeter Woods Dr,
Charlotte, NC 28216

Hartsell Bros. Fence
PO Box 668223
Charlotte, NC 28266

Hearst Shops
214 N Tryon St,
Charlotte, NC 28202

Intergrapg Corporation -
Hexagon 7
088 Solution Center
Chicago, IL  60677-7000

Hiline Detailing
11025 Jordan Rae Lane
Charlotte, NC 28277

Hodges Marine
455 Douglas Rd E,
Oldsmar, FL 34677

Hoist and Crane Service Group
PO Box 53062
Lafayette, LA 70505-3062

HOLSINGER PRESSURE
WASHING, LLC. 5058 Buffalo
Run Road
Port Matilda, PA 16870

HOLT ENVIRONMENTS
4198 EAGLE HILL DRIVE
SUITE 105
 HIGH POINT, NC 27265

Homestead Farm Rentals
420 Agnew Rd,
Mooresville, NC 28117

Horst Welding
8082 Road 129 R.R. #3 Listowel,
Ontario  N4W 3G8

Hoser 1132 Curtis St
Monroe, NC 28112

Hotstart Sales LLC
PO BOX 11245
SPOKANE WA 99211

Hotsy Equipment Company
77 S. Illinois Ave
Mansfield, OH  44905

Hums Hardware & Rental
3901 E Broadway North
Little Rock, AR 72114

Hydraulics Direct
11795 E 45th Ave
Denver, CO 80239

Imperial Supplies LLC
PO Box 5362
Janesvillee, WI 53547-5362

INDEED
7501 N Capital of Texas Hwy
Austin, TX 78731

INTERSTATE BILLING
SERVICE
PO BOX 2208
DECATUR, AL 35609

J&L Growers, Inc.
4198 Hwy 37
East Moultrie, GA 31788

Jacobus Energy, LLC
PO BOX 532156
ATLANTA, GA 30353

JAMES MCELROY &
DIEHL, PA
525 NOTH TRYON ST
SUITE 700 CHARLOTTE,
NC 28202

Jeff Bohne
8 Woodland Dr
Lemont IL 60439

KENCO TRANSPORTATION
MGMT
PO BOX 742527
ATLANTA, GA 30374

KHL Group Americas, LLC
14269, N87 Street Suite 205
Scottsdale, AZ 85260

\v

Kraft Power Corporation
PO BOX 2189
Woburn, MA 01888

Lazy L Farms
2930 Goldmine Road ·
Monroe, NC 28110

Lessiter Media
PO Box 624
Brookfield, WI 53008

Magpie Machining & Manuf,
LLC
2833 Lesslie Hwy
Rock Hill, SC 29730 USA

MailChimp
c/o The Rocket Science Group,
LLC
675 Ponce De Leon Ave NE Suite
5000 Atlanta, GA 30308 USA

McGriff Insurance Services
P.O. Box 1302
Traverse City, MI 49685

MCMaster-Carr Supply
6100 Fulton Industrial Blvd SW,
Atlanta, GA 30336

Merlo
Via Nazionale, 9 12010 S.
Defendente di Cervasca Cuneo –
Italy

Messe Muenchen
Am Messesee 2 · 81829
München

Mitsubishi HC Capital Ame - LB
P.O. Box 1880
MINNEAPOLIS, MN 55480-
1880

Highland Publications, Inc
BARBIZON BUILDING 3100
LORNA ROAD, STE 101
BIRMINGHAM, AL  35216-5450

Morton & Getty's LLC
331 E. Main St. # 300
Rock Hill, SC  29730

NC QUICK PASS
PO BOX 71116 C
HARLOTTE, NC 28272

New Hampshire Dept. of Trans
7 Hazen Dr,
Concord, NH 03301

Newman Tractor
2841 Verona Rd
Verona KY 41092

NFS Leasing
900 Cummings Ctr Ste 226-u,
Beverly, MA 01915

PEACHTREE EQUIP
3694 Union Ave
Hapeville, GA 30354

PHMG
401 NORTH MICHIGAN
AVE SUITE 2550 CHICAGO,
IL 60611

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Polk Electric
113 Oakland Ave. PO Box 10547
Rock Hill, SC 29730

Power Pro
780 East Main St
New Holland, PA 17557

Precision Transport, Inc.
1267 Routes 5 & 20
Silver Creek, NY  14136

Presnell's Air & Heat LLC
103 Phil Court
Fort Mill, SC  29715

Professional Account
Management, LLC State Road
& Tollway Authority PO Box
500 Horseheads, NY 14845

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

RemX Specialty Staffing
P.O. Box 102332
Atlanta, GA 30368-2332

Rental Depot
2200 Gillionville Rd
Albany, GA 31707

\v

Reon's Monster Tree Service, LLC
1888 Nora Rd.
Cottage Grove, WI 53527

Republic Services #742
PO Box 9001099
Louisville, KY 40290-1099

Research Nester
77 Water St 8th Floor,
New York, NY 10005

RevenFlo
125 Caldwell St
Rock Hill, SC 29730

Rich Tool Sys
1693 Sierra Ave,
Yuba City, CA 95993

Robert Half
12400 Collections Center Dr.
Chicago, IL  60693

Rock Hill Glass
560 Bryant Blvd,
Rock Hill, SC 29732

ROTO-ROOTERS
PO BOX 2506
ROCK HILL SC 29732

Safety-Kleen Systems
PO Box 975201
Dallas, TX 75397

SC Dept of Revenue
PO Box 100153
Columbia, SC 29202

The Sherwin-Williams Co.
1240 N Cherry Rd
Rock Hill, SC 29732-2508

SIMS GLOBAL SOLUTIONS
6101 LONG PRAIRIE ROAD
STE 744-252 FLOWER
MOUND, TX 75028

SmartEquip Building
501 Merritt 7 5th Floor
Norwalk, CT 06851

Snider Fleet Solutions
P.O. Box 749650
Atlanta, GA 30374-9650

South State Bank
222 E Main St,
Rock Hill, SC 29730

Southeastern Freight Lines
SEFL PO Box 100104
Columbia, SC 29202-3104

St John the Baptist Church
180 Laurel Ave
Tryon, NC 28782

State Auto Insurance
Companies
518 E. Broad St.
Columbus, OH 43215

Steele Creek Printing & Design
12255 Nations Ford Road Suite A
Pineville, NC 28134

Stowers Rental Store
Stowers Rents
P.O. Box 14802
Knoxville, TN 37814

SWANSTON EQUIP
3450 MAIN AVE
FARGO, ND 58103

Taylor North East Rentals
931 Hemlock Road
Morgantown, PA 19543

Tree Care Industry  Association
670 N. Commercial St., Suite 201
Manchester, NH 03101

Team Trucking and Transport, LLC
PO Box 371
Iron Station, NC 28080

Tencarva Machinery
Tencarva 417-B Minuet Ln,
Charlotte, NC 28217

TerraNova Capital
420 Lexington Avenue, Suite 1402
New York, NY 10170

The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258

\v

TNT EQUIPMENT
800 West Sanilac
Sanduski, MI 48471

Today Publications
PO Box 1173 Fort
Dodge IA 50501

Tompkins Industries, Inc
PO Box 88686
Carol Stream, IL 60188-8686

TOTAL APPEARANCE
EXHIBIT SERVICES 3700 W
BLACKJACK RIDGE RD
PRESCOTT, AZ 86305

Tractor & Equipment Company
5336 Airport Hwy
 Birmingham, AL 35212

Traush Dynamics
3727 Westgate Rd,
Grand Island, NE 68803

TRG Bond
 211 E Main Street Suite C
Bozeman, MT 59715

Trox Tech
7560 Charlotte HWY
Fort Mill SC 29707

Trucraft Welding and Machine
3437 Hands Mill Hwy
York, SC 29745

Union Funding Group
1835 E. Hallandale Beach Blvd
#278, Hallandale Beach, FL
33009

United Rentals-Vendor
705 N Anderson Rd,
Rock Hill, SC 29730

UPS
UPS PO Box 650690
Dallas, TX 75265-0690

Urbain Communications LLC
1539 Radhika St
Fort Atkinson, WI 53538

Verizon Wireless
PO BOX 4001
ACWORTH, GA 30101

Weiman Products
705 Tri-State Parkway
Gurnee, IL 60031

Weisman, Young & Ruemenapp
30100 Telegraph Rd Ste 428,
Bingham Farms, MI 48025

Wood's CRW Corp
PO Box 1099
Williston, VT 05495

WHEELER FINANCIAL DPT
268
PO BOX 981038
BOSTON, MA 02298-1038

Wilson Technology Group
 6120 Brookshire Blvd Suite V
Charlotte, NC 28216

World of Concrete
222 WEST COLINAS BLVD
Suite 450E Irving TX 75039

WOODFOREST NATIONAL
BANK
 BOX 7889
WOODLANDS, TX 77387

Workman's Pallets
2010 Ogden Rd,
Rock Hill, SC 29730

YORK COUNTY TREASURER
6 S Congress St.,
York, SC 29745

XF S.r.l. Via Romagna,
16 20090 OPERA (MI)
ITALY

York County Natural Gas
PO BOX 11907
ROCK HILL, SC 29731

Austin W. Bailey
1305 Kings Grove
York, SC 29745

YRC Freight
P.O. BOX 93151
CHICAGO, IL 60673-3151

\v

Estate of Garth McGilliwie Jr.
8301 Marcliffe Court
Waxhaw, NC 28173

Brian Hatch
4711 Shea Lane
Mint Hill, NC 28227

Scott Bunting
4208 Gold Crest Drive
Indian Trail, NC, 28079

Luis Chinchilla
3320 Hawthorne Lane
Belmont, NC 28012

Freeman Williams
303 Rutledge Street
Lancaster, SC 29720

Joseph Nuccio
144 Emily Crest Lane
Rock Hill, SC 29730

Ryan Stroud
1997 Country Club Drive
Lancaster, SC 29720

Bailey Beasley
105 Hardin Street
Chester, SC 29706

Martin Jared Shannon
2408 Grinstead Court
Clover, SC 29710

John Alex Comer
1233 Centennial Drive
Rock Hill, SC 29732

Jameson Hill
1329 Foxfire Drive
Lancaster, SC 29720

John Brown IV
13 Poe Street
Rock Hill, SC 29730

John Brown V
13 Poe Street
Rock Hill, SC 29730

Brandon Shehane
3283 Camp Creek Road
Lancaster, SC 29720

Bryan Richards
517 Tennessee Walker Drive
Clover, SC 29710

Andrew Revels
1987 Boyd Road
Blackstock, SC 29014

Jessica King
6009 Willow Branch Court
Fort Mill, SC 29715

Rigby Wall
658 Antney Lane
Rock Hill, SC 29732

Trey White
1275 East Doc Garris Road
Lancaster, SC 29720

Madi Long
8301 Marcliffe Court
Waxhaw, NC 28173

Rebecca Watkins
2651 Blue Jay Road
Heath Springs, SC 29058

Darren Campbell
1967 Williford Woods Lane
Rock Hill, SC 29730

Lauren Timberlake
910 Charlotte Ave.
Rock Hill, SC 29730

Melissa Porter
1237 Charlotte Ave.
Rock Hill, SC 29732

Chimone Tabron
6080 Mason Creek Circle
Indian Land, SC 29707

Daniel Oueini
4101 Great Falls Hwy.
Lancaster, SC 29720

John Walters
13475 South Carolina 200
Winnsboro, SC 29180

\v

Jacinda Merchant
634 Shiloh Unity Road
Lancaster, SC 29720

Ed Sampson
236 Kingswood Drive
Winnsboro, SC 29180

\v