UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 23-30461 |
| Applied Machinery Rentals, LLC ) | Chapter 7 |
| ) | |
| Debtor. ) | |

.

## DEBTOR'S RESPONSE TO NOTICE OF UNDELIVERABLE MAIL

In accordance with the notice received on July 20, 2023, the Debtor is providing the Court with updated addresses for certain creditors as set forth below.

Undeliverable Address:
BMO Harris Bank N.A., as successor-in-interest to

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

320 S. Canal Street, Chicago IL 60606


Undeliverable Address:
First National Bank of Pennsylvania

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

One North Shore Center, 12 Federal Street, Suite 503, Pittsburgh, PA 15212


Undeliverable Address:
Bailey Beasley
105 Hardin Street
Chester, SC 29706

Role type/cr id: 6497834
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

1621 Pleasant Grove Road, Chester SC 29706

Undeliverable Address:
Beaman Finance
CONSULT FOR
BEST MAILING ADDRESS
INDEPENDENT

Role type/cr id: 6497358
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

3010 Sunnybranch Dr., Wilmington NC 28411

Undeliverable Address:
Boggs Contracting Inc.
1613 W. Roosevelt Blvd.
Monroe, NC 28110
Sandhills Global
120 W Harvest Dr.
Lincoln, NE 68521Ward and Smith, P.A.

Role type/cr id: 6497940
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Boggs Contracting Inc., 1613 W. Roosevelt Blvd., Monroe NC 28110

Undeliverable Address:
CON-AG TECH
3954 HWY 312
BILLINGS, MT 59105

Role type/cr id: 6497675
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

61500 Watson Road, Saint Ignatius, MT 59865

Undeliverable Address:
Clearview Auto Glass Specialties
665 N. Anderson Rd

Role type/cr id: 6497672
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

665 N. Anderson Rd,   Rock Hill, SC 29730

Undeliverable Address:
Deutsche Luthansa
AG Flughafen-Bereich West D-
60546 Frankfurt/Main

Role type/cr id: 6497691
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Lufthansa Aviation Center, Airportring, 60656 Frankfurt/Main, Germany

Undeliverable Address:
Equipment Inc
6025 W. Range Line Road
Theodore, AL 36582

Role type/cr id: 6497525
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 4204 MACKINNON INDUSTRIAL PKWY, MOBILE AL 36693-5247 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

4204 MacKinnon Industrial Parkway, Mobile AL 36693-5247

Undeliverable Address:
Freeman
PO Box 650036
Dallas, TX 75265-0036

Role type/cr id: 6497711
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

14221 Dallas Parkway, Suite 200, Dallas TX 75254

Undeliverable Address:
Messe Muenchen
Am Messesee 2 81829
Munchen

Role type/cr id: 6497754
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

17 Batschkastrasse, Munich, Bavaria, 81825

---

Undeliverable Address:
PowerPro Equipment
154 Lancaster Avenue

Role type/cr id: 6497573
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

780 East Main St New Holland, PA 17557

---

Undeliverable Address:
Sandhills Global
120 W Harvest Dr.
Lincoln, NE 68521

Role type/cr id: 6497403
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

---

120 W Harvest Dr, Lincoln, NE 68521, ATTN - Legal Dept, Kseniya Ruzanova

---

Undeliverable Address:
Scott Equipment
10918 Shoemaker Avenue
Santa Fe Springs, CA 90670

Role type/cr id: 6497604
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 14635 VALLEY BLVD, FONTANA CA 92335-6291 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

---

14635 Valley Blvd, Fontana CA 92335-6291

---

Undeliverable Address:
Security Bank

15111 S. 1st St.
Milan TN 38358

Role type/cr id: 6497381
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

---

210 W. Washington Street, Paris TN 38242

---

Undeliverable Address:
United Rentals

Role type/cr id: 6497620
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

705 N Anderson Rd, Rock Hill, SC 29730

---

Undeliverable Address:
Urbain Communications LLC
1539 Radhika St

Role type/cr id: 6497812
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

1539 Radhika St Fort Atkinson, WI 53538

---

Undeliverable Address:
Wintrust Equipment Finance, a
division of Wintrust Asset FinanceInc.
3665 Park Place West
Suite 150

Role type/cr id: 6497441
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

---

3665 Park Place West, Suite 150, Mishawaka, IN 46545

---

Undeliverable Address:
Womble Bond Dickinson LLP

555 Fayetteville St.
Suite 1100, Raleigh NC

Role type/cr id: 6497408
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

555 Fayetteville St., Suite 1100, Raleigh NC 27601

Undeliverable Address:
Woodforest National Bank
13840 Ballantyne Corporate Place
Suite 125
Charlotte, NC 28277

Role type/cr id: 6497444
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

1330 Lake Robbins Drive, The Woodlands, TX 77380

Dated: July 24, 2023

**THE HENDERSON LAW FIRM**

 /s/James H. Henderson
James H. Henderson
State Bar No. 13536
2030 South Tryon St., Ste. 3H
Charlotte NC 28203
Telephone:     704.333.3444
Facsimile:      704.333.5003
Email:            henderson@title11.com