

```
FILED & JUDGMENT ENTERED
Steven T. Salata


      July  28  2023


Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Applied Machinery Rentals, LLC** | ) | Case No. 23-30461 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO CONDUCT RULE 2004 DISCOVERY

This matter is before the Court on the Trustee's motion (the "Motion") to conduct Rule 2004 discovery on Corporation Service Company and CT Corporation System. Having considered the Motion and for good cause shown, the Court finds, concludes, and orders:

1.     The Motion is granted.

2.     The Trustee is permitted to serve document subpoenas on Corporation Service Company and CT Corporation System to ascertain the party claiming a lien on the Debtor's assets via the UCC-1 Financing Statements attached to the Motion.

3.     Notwithstanding the Court's newly enacted Local Rule, given the limited scope of the information sought, any document subpoenas issued in connection herewith will provide fourteen days in which to produce any responsive documents.

## SO ORDERED

| | |
|---|---|
| *This Order has been signed electronically.*<br>*The Judge's signature and Court's seal*<br>*appear at the top of this Order.* | *United States Bankruptcy Court* |