

FILED & JUDGMENT ENTERED
Steven T. Salata

July 31 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Applied Machinery Rentals, LLC** | ) | Case No. 23-30461 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO CONDUCT RULE 2004 DISCOVERY

This matter is before the Court on the Trustee's motion (the "Motion") to conduct Rule 2004 discovery on Metrolina Auto Group, LLC, Metrolina Auto Group Holdings, LLC, MAG South, LLC, and/or Metrolina Auto Group Southend, LLC (collectively, the "2004 Parties"). In the Motion, the Trustee asserts that the Debtor's owner, who took his life just prior to the filing of this bankruptcy case, was using Debtor funds to buy luxury automobiles from the 2004 Parties. The Trustee contends that he has reason to believe that documents in the possession of 2004 Parties may lead to the discovery of fraudulent transfers or other assets that can be liquidated for the benefit of the Debtor's creditors. Having considered the Motion and for good cause shown, the Court finds, concludes, and orders:

1. The Motion is granted.

2. The Trustee is permitted to serve document subpoenas on the 2004 Parties to obtain documents related to the 2004 Parties' transactions with the Debtor and its insiders.

3. Any document subpoenas issued in connection herewith will provide twenty one days in which to produce any responsive documents.

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | United States Bankruptcy Court |