**Fill in this information to identify the case:**

Debtor name   **Applied Machinery Rentals, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30461**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 16, 2023**       X **/s/ Matthew W. Smith**
_____                _____
                                              Signature of individual signing on behalf of debtor

                                              **Matthew W. Smith**
                                              _____
                                              Printed name

                                              **Receiver**
                                              _____
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Applied Machinery Rentals, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **23-30461**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address <br> **Bailey, Austin W** <br> **1305 Kings Grove Drive** <br> **York, SC 29745** | Unknown | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address <br> **Beasley, Bailey** <br> **105 Hardin Street** <br> **Chester, SC 29706** | Unknown | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Applied Machinery Rentals, LLC** | | Case number (if known) | **23-30461** |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address

**Brown IV, John F**
**13 Poe Street**
**Rock Hill, SC 29730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Brown V, John F (Jack)**
**13 Poe Street**
**Rock Hill, SC 29730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Bunting, Scott**
**4208 Gold Crest Drive**
**Indian Trail, NC 28079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Campbell, Darren**
**1967 Williford Woods Ln.**
**Rock Hill, SC 29730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Applied Machinery Rentals, LLC** | | Case number (*if known*) | **23-30461** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chinchilla, Luis**
**3320 Hawthorne Ln.**
**Belmont, NC 28012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$665.00** | **$665.00** |
|---|---|---|---|---|

**City of Rock Hill**
**POB 11706**
**00002-9730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Comer, John (Alex)**
**1233 Centennial Drive**
**Rock Hill, SC 29732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hatch, Brian P**
**4711 Shea Lane**
**Mint Hill, NC 28227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Applied Machinery Rentals, LLC** _____  Case number (if known)  **23-30461**
         Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.11  Priority creditor's name and mailing address

**Hill, Jameson**
**1329 Foxfire Dr.**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.12  Priority creditor's name and mailing address

**King, Jessica**
**6009 Willow Branch Court**
**Fort Mill, SC 29715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.13  Priority creditor's name and mailing address

**Long, Madi**
**8301 Marcliffe Court**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.14  Priority creditor's name and mailing address

**McGillewie Jr, Garth E, Estate of**
**8301 Marcliffe Court**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Applied Machinery Rentals, LLC** | Case number (if known) | **23-30461** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address

**MerChant, Jacinda**
**634 Shiloh Unity Road**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Nuccio, Joseph**
**144 Emily Crest Ln**
**Rock Hill, SC 29730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Oueini, Daniel**
**4101 Great Falls Hwy.**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**Porter, Melissa**
**1237 Charlotte Avenue**
**Rock Hill, SC 29732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (1)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Applied Machinery Rentals, LLC** | | Case number (if known) | **23-30461** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Revels, Andrew**
**1987 Boyd Road**
**Blackstock, SC 29014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Richards, Bryan (Big)**
**517 Tennessee Walker Drive**
**Clover, SC 29710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sampson, Ed**
**236 Kingswood Drive**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shannon, Martin (Jared)**
**2408 Grinstead Court**
**Clover, SC 29710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Applied Machinery Rentals, LLC** | | Case number (if known) | **23-30461** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shehane, Brandon E**
**3283 Camp Creek Rd.**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stroud, Ryan**
**1997 Country Club Dr.**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tabron, Chimone**
**6080 Mason Creek Circle**
**Indian Land, SC 29707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Timberlake, Lauren**
**910 Charlotte Avenue**
**Rock Hill, SC 29730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Applied Machinery Rentals, LLC** | Case number (if known) | **23-30461** |
|--------|-----------------------------------|------------------------|--------------|
|        | Name                              |                        |              |

---

**2.27** | Priority creditor's name and mailing address
**Wall, Rigby**
**658 Antney Lane**
**Rock Hill, SC 29732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**Walters, John (Alex)**
**13475 South Carolina 200**
**Winnsboro, SC 29180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**Watkins, Rebecca**
**2651 Blue Jay Road**
**Heath Springs, SC 29058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**White, Trey**
**1275 East Doc Garris Road**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Applied Machinery Rentals, LLC** | Case number (if known) | **23-30461** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Freeman B**
**303 Rutledge Street**
**Lancaster, SC 29720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | **$0.00** |
|---|---|---|---|

**ALSO SEE ATTACHED EXHIBIT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,193,264.00** |
|---|---|---|---|

**Apex Funding Source**
**3050 Biscayne Blvd. STE 502**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1.26.23

Last 4 digits of account number _

Basis for the claim:  **MCA account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$702,841.00** |
|---|---|---|---|

**Fusion Funding**
**88 Pine St., STE 2202**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3.3.23

Last 4 digits of account number _

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Holt of California, Inc.**
**c/o Meera Parikh, Esq.**
**21715 Redwood Road**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NPO**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**McGillewie Jr, Garth E**

**Deceased**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Applied Machinery Rentals, LLC** | Case number (if known) | **23-30461** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NC Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Porsche Financial Services**
**75 Remittance Dr., STE 1738**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** automobile lease, 2021 Porsche 911 Turbo S VIN No. 7161

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SC Department of Labor Licensing**
**1100 Centerview Dr.**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691,486.00 |
|---|---|---|---|

**Square Funding**
**90 E. Halsey St.**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3.3.23

**Basis for the claim:** MCA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 665.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,587,591.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,588,256.00 |

Applied Machinery Rentals, LLC
Schedule F - Unsecured Claims

| Name | Address | ClaimAmt | Disputed | Contingent | Unliquidated |
|---|---|---|---|---|---|
| AC Business Media Inc | C/O CITY NATIONAL BANK PO BOX 527343 MIAMI, FLA 33152-7343 | 39,955.00 | | | |
| Ace Hardware | 2200 Kensington Court, Oak Brook Il 60523 | For Notice Only | | | |
| ADP LLC | 1851 N Resler Dr MS-600 El Paso, TX 79912 | 39,653.31 | | | |
| AFCO INSURANCE PREMIUM | 2141 ENTERPRISE DR FLORENCE, SC 29501 | 10,249.50 | | | |
| Ahearn Equipment - Vendor | 460 Main Street Spencer, MA 01562 | 10,132.53 | | | |
| AllianZ | PO Box 561 Minneapolis, MN 55440-0561 | For Notice Only | | | |
| ALLSTATE CRANE RENTALS | 117 Medway Rd, Goose Creek, SC 29445 | 7,200.00 | | | |
| Ally | Payment Processing Cent PO BOX 9001948 LOUISVILLE, KY 40290 | 4,586.90 | | | |
| Alta Equipment | Attn: Joel Bowser 8840 Byron Commerce Dr. SW Byron Center, MI 49315 | 190.00 | | | |
| AMERIC Machinery Corporation | 690 Walnut Avenue Suite 120 Vallejo, CA 94592 | Unknown | x | | |
| American Express | P.O. Box 981535 El Paso, TX 79998-1535 | For Notice Only | | | |
| American General Life Ins | P.O.Box 818005 Cleveland, OH 44181 | For Notice Only | | | |
| American Rental Association | 1900 19th Street Moline, IL 61265 | For Notice Only | | | |
| Andrew Revels | 1987 Boyd Rd Blackstock, SC 29014 | For Notice Only | | | |
| Antrim Property Owners Association, Inc | 300 Technology Center Way Suite 410 Rock Hill, SC 29730 | For Notice Only | | | |
| Apex Funding Source LLC | 3050 Biscayne Blvd, Suite502, Miami FL 33137 | Unknown | x | | |
| AppIECOM | One Apple Park Way; Cupertino, CA 95014, U.S.A. | For Notice Only | | | |
| Applied Machinery Rentals | 1205 Galleria Blvd, Rock Hill SC 29730 | 4,635.56 | | | |
| Arbon Equipment Corporation | 25464 Network Plance Chicago, IL 60673-1254 | 3,649.30 | | | |
| Arco | 5472 Orangethorpe Ave, La Palma, CA 90623 | For Notice Only | | | |
| ARNOLD MACHINERY- | 464 WASHINGTON ST S TWIN FALLS ID 83301 | For Notice Only | | | |
| ARROW MATERIAL (OE ATTACHMENTS) | 870 S Vandeventer St Louis, MO 63179-0379 | 166,846.25 | | | |
| Ascent | PO Box 935888 Atlanta, GA 31193-5888 | For Notice Only | | | |
| Asheville Savings Bank, S.S.B. | 11 Church Street P.O. Box 652 Asheville, NC 28202 | Unknown | x | | |
| Associated Equipment Distributors | 650 E Algonquin Rd Suite 305 Schaumburg, IL 60173 | For Notice Only | | | |
| B&B CRANE LLC | PO BOX 1594 SHALLOTTE, NC 28459 | For Notice Only | | | |
| B. Riley | PO Box 846367 Los Angeles, CA 90084-6367 | For Notice Only | | | |
| Bank of the West | 1625 Fountainhead Pkwy 6th Floor, DFS Tempe, AZ 85282 | Unknown | x | | |
| BankFinancial National Association | 60 North Frontage Road Burr ridge, IL 60527 | Unknown | x | | |
| BB&T Commercial Equipment Capital Corp. | 2 Great Valley Parkway Suite 300 Malvern, PA 19355 | Unknown | x | | |
| Beal LLC | 1301 Gervais St Ste 1040, Columbia, SC 29201 | For Notice Only | | | |
| Beaufort Ace Center | 1511 Live Oak St, Beaufort, NC 28516 | For Notice Only | | | |
| Bel-Metric | 35 Westech Drive Tyngsboro, MA 01879, USA | For Notice Only | | | |
| BFS Network LLC | 583 Murray Hill Rd Guyton, GA 31312 | 78,470.00 | | | |
| BMO - Bank of Montreal | 119 St. Jacques St, Montreal, QC H2Y1L6 Canada | Unknown | x | | |
| BMW Financial Services | PO BOX 9001065 LOUISVILLE KY 40290 | 3,293.44 | | | |
| Boggs Contracting Inc | 1613 W. Roosevelt Blvd. Monroe, NC 28110 | Unknown | x | | |
| Boggs Insurance Company, Inc. | PO Box 1609 Monroe, NC 28111 | Unknown | x | | |
| BOK Financial | Bank of Oklahoma Tower Tulsa, OK 74192 | Unknown | x | | |
| BOKF, NA DBA Bank of Texas | PO Box 22117 Tulsa, OK 74121-2117 | Unknown | x | | |
| Bolt Depot | 100 Research Road Hingham, MA 02043 | For Notice Only | | | |
| Brattons Building Maintenance | PO Box 11225 Rock Hill, SC 29730 | 1,570.00 | | | |
| BRIGHTVIEW LANDSCAPE SERVICES, INC | PO BOX 740655 ATLANTA, GA 30374-0655 | 1,328.70 | | | |
| Brooks Tractor- | 1900 W. Main St PO Box 9 Sun Prairie, WI 53590 | 39,399.89 | | | |
| Brothers Heating Plumbing | 1320 East Main St, Rock Hill, SC 29730 | For Notice Only | | | |
| Burkett Burkett & Burkett CPA, PA | 128 E Main St STE 201 Rock Hill, SC 29730 | 18,145.00 | | | |
| Burn's Ford | PO Box 2229 Lancaster SC 29720 | For Notice Only | | | |
| Cahaba Media Group | PO Box 530067 Birmingham, AL 35253 | For Notice Only | | | |
| Canon | 14904 Collections Center Dr. Chicago, IL 60693 | 789.36 | | | |
| Cardinal Logistics Management Corp | PO Box 405069 Atlanta, GA 30384-5069 | For Notice Only | | | |
| Cardinal Rubber & Seal | 254 Chad Wesley Rd, Rock Hill, SC 29730 | 688.63 | | | |
| Carl A Boggs | PO Box 1609 Monroe, NC 28111 | Unknown | x | | |
| Carolina Fire Technologies | PO Box 3201 Matthews NC 28106 | 486.00 | | | |
| Carolina Pest Management | PO Box 368 Monroe, NC 28111-0368 | For Notice Only | | | |
| Cauthen's Truck & Tractor | 614 Home Road Fort Lawn, SC 29714 | For Notice Only | | | |
| CenterPoint CFO | P.O.Box 4657 Mooresville, NC 28117 | 56,335.00 | | | |
| CERTAPRO PAINTERS | 1651 Katy Lane, Fort Mill SC 29708 | 3,748.00 | | | |
| Charlotte Crating & Pallet, Inc. | 8808 Wilkinson Blvd Charlotte, NC 28214-8061 | For Notice Only | | | |
| CHERRY BEKAERT LLP | P.O. BOX 25549 RICHMOND, VA 23260-5500 | For Notice Only | | | |
| Chrysler Capital | PO Box 660647 Dallas, TX 75266-0647 | 3,326.29 | | | |
| Cigisped ITALY | 7A, Via Bartolomeo Bosco, 57, 16121 Genova GE, Italy | 403,864.58 | | | |
| Cintas Corp | PO Box 630803 Cincinnati, OH 45263-0803 | 6,519.10 | | | |
| CIT Bank, N.A. | 1021 Centurion Parkway North Jacksonville, FL 32256 | Unknown | x | | |
| Citizens Bank | 100 N. Main St., Providence RI 02903 | For Notice Only | | | |
| City of Rock Hill | PO Box 11706 Rock Hill SC 29731 | 23,180.84 | | | |
| City of Wilmington | SafeLight Program P.O. Box 1810 Wilmington, NC 28402 | For Notice Only | | | |
| Clearview Auto Glass Specialties | 665 N. Anderson Rd Rock Hill, SC 29730 | For Notice Only | | | |
| Colonial Oil Industries, Inc. | PO Box 744934 Atlanta, GA 30374-4934 | 5,586.24 | | | |
| Comporium | PO Box 1042 Rock Hill, SC 29731 | For Notice Only | | | |
| CON-AG TECH | 3954 HWY 312 BILLINGS, MT 59105 | For Notice Only | | | |
| Con-Ag-Tech | 5904 Twelve Mile Road Billings, MT 59105 | Unknown | x | | |
| Conder Flag Company | 4705 Dwight Evans Rd Charlotte, NC 28217 | For Notice Only | | | |
| Connecting Elements | PO Box 11318 Columbia, SC 29211 | 2,696.53 | | | |
| Construction Equipment Guide | 470 MARYLAND DRIVE FORT WASHINGTON, PA 19034 | 5,600.00 | | | |
| Continental Battery | PO Box 736801 Dallas, TX 75373-6801 | 7,145.75 | | | |
| Country Life Equipment-Vendor | 2138 HWY 79 Franklin, TX 77856 | 196.51 | | | |
| Craft American Hardware | 7002 Wrightsville Ave, Wilmington, NC 28403 | For Notice Only | | | |
| Crane & Lift Group | PO Box 1052 Fort Dogde, IA 50501 | 4,550.00 | | | |
| Crescent Structures | 914 MOOSE ST SUITE E GASTONIA, NC 28056 | For Notice Only | | | |
| CSI Logistics | 424 Mount Phillps St Rock Hill, SC 29730 | 61,774.00 | | | |
| Custom Hydraulics | 3822 Statesville Avenue Charlotte, NC 28206 | For Notice Only | | | |
| DAVCO | PO Box 2908 HUNTERSVILLE, NC 28078 | 1,317.10 | | | |

Applied Machinery Rentals, LLC
Schedule F - Unsecured Claims

| Name | Address | ClaimAmt | Disputed | Contingent | Unliquidated |
|---|---|---|---|---|---|
| Davinci Jets | 5207 Morris Field Dr, Charlotte, NC 28208 | For Notice Only | | | |
| DD&H Marketing | 2400 S CIMARRON RD STE 140, LAS VEGAS, NV, 89117 | For Notice Only | | | |
| Dellinger | PO Box 396 10256 Industrial Dr Pineville, NC 28134 | For Notice Only | | | |
| Denis McCormick- | Farm 2 Day LLC 8680 Sunset Dr Orleans, MI 48865 | 600.00 | | | |
| Deutsche Luthansa | AG Flughafen-Bereich West D-60546 Frankfort/Main | For Notice Only | | | |
| Deutz Corp | PO Box 1194 New York, NY 10268 | 977.46 | | | |
| DEwalt | 701 E Joppa Rd, Towson, MD 21286 | For Notice Only | | | |
| DEX Imaging | PO Box 17299 Clearwater, FL 33762-0299 | 228.17 | | | |
| DHL Express - USA, Inc | 16592 Collections Center Dr Chicago, IL 60693 | 408.78 | | | |
| Dobbs Equipment Southeast, LLC | 2400 Victory Dr Columbus, GA 31901 | 2,422.56 | | | |
| DPF EXPRESS | 145 Mcleod Road Columbia, SC 29203 | For Notice Only | | | |
| Enterprise Systems | 10910 W. Sam Houston Pkwy N, Suite 100 Houston, TX 77064 | For Notice Only | | | |
| Equipment Inc- | PO Box 1987 Jackson, MS 39215 | 3,655.95 | | | |
| Estes Express | P.O. Box 25612 Richmond, VA 23260-5612 | For Notice Only | | | |
| Falvey Cargo Underwriting | 66 Whitecap Dr, North Kingstown, RI 02852 | For Notice Only | | | |
| FERN EXPOSITION SERVICES LLC | 12610 Interurban Ave S, Ste 120, Seattle, WA 98168 | For Notice Only | | | |
| First National Bank of Pennsylvania, | One North Shore Center 12 Federal Street - Suite 503 Pittsburg, PA 15212 | Unknown | x | | |
| Five Star Publishing | PO BOX 998 FORT DODGE IA 50501 | 1,964.00 | | | |
| FMI EQUIPMENT | 11111 E TRENT AVE SPOKANE VALLEY, WA 99206 | 3,713.92 | | | |
| FocusOn Group, Inc. | PO BOX 10308 ERIE, PA 16514 | 6,444.00 | | | |
| Ford Credit | PO Box 650575 Dallas TX 75265 | 7,756.11 | | | |
| Fred H. Beck & Associates | Dept. 0229 P.O. Box 1431 Charlotte, NC 28201-0229 | For Notice Only | | | |
| Freeman | PO Box 650036 Dallas, TX 75265-0036 | For Notice Only | | | |
| FUII Spectrum Plumbing | 1146 E White St, Suite A, Rock Hill, SC 29730 | For Notice Only | | | |
| Fusion Funding | 88 Pine St, Suite 2202, New York NY 10005 | Unknown | x | | |
| GO Rentals | 5400 Airport Dr, Charlotte, NC 28208 | For Notice Only | | | |
| GoDaddy.com | 2155 East GoDaddy Way. Tempe, AZ 85284 | For Notice Only | | | |
| Grainger | DEPT 887256733 PALATINE, IL 60038 | 1,420.23 | | | |
| GreerWalker LLP | PO Box 746792 Atlanta , GA  30374-6792 | 39,375.00 | | | |
| Gregory Poole Equipment | 400 Gregory Poole Ln, Mebane, NC 27302 | For Notice Only | | | |
| Hanover Insurance | 13925 Ballantyne Corporate Pl Ste 100, Charlotte, NC 28277 | For Notice Only | | | |
| Hapag-Lloyd | 5515 SPALDING DR PEACHTREE CORNERS, GA 30092 | 2,961.00 | | | |
| Harland Clarke | 9013 Perimeter Woods Dr, Charlotte, NC 28216 | For Notice Only | | | |
| Hartsell Bros. Fence | PO Box 668223 Charlotte, NC 28266 | 1,070.00 | | | |
| Hearst Shops | 214 N Tryon St, Charlotte, NC 28202 | For Notice Only | | | |
| Hexagon | 088 Solution Center Chicago, IL  60677-7000 | 33,279.99 | | | |
| Hi-Line Detailing | 11025 Jordan Ave Lane Charlotte, NC 28277 | 2,810.00 | | | |
| Hodges Marine | 455 Douglas Rd E, Oldsmar, FL 34677 | For Notice Only | | | |
| Hoist and Crane Service Group | PO Box 53062 Lafayette, LA 70505-3062 | 10,715.33 | | | |
| HOLSINGER PRESSURE WASHING, LLC. | HOLSINGER PRESSURE WASHING, LLC. 5058 Buffalo Run Road Port Matilda, PA 16870 | For Notice Only | | | |
| HOLT ENVIRONMENTS | 4198 EAGLE HILL DRIVE SUITE 105 HIGH POINT, NC 27265 | 167,048.42 | | | |
| Homestead Farm Rentals | 420 Agnew Rd, Mooresville, NC 28117 | For Notice Only | | | |
| Horst Welding | 8082 Road 129 R.R. #3 Listowel, Ontario  N4W 3G8 | For Notice Only | | | |
| Hoser | 1132 Curtis St Monroe, NC 28112 | 1,720.33 | | | |
| Hotstart Sales LLC | PO BOX 11245 SPOKANE WA 99211 | 6,954.02 | | | |
| Hotsy Equipment Company | 77 S. Illinois Ave Mansfield, OH  44905 | 2,886.21 | | | |
| Hums Hardware & Rental - vendor | E Broadway North Little Rock, AR 72114 | For Notice Only | | | |
| Hydraulics Direct | 11795 E 45th Ave Denver, CO 80239 | For Notice Only | | | |
| Imperial Supplies | PO Box 5362 Janesville, WI 53547-5362 | 233.53 | | | |
| INDEED | 7501 N Capital of Texas Hwy Austin, TX 78731 | For Notice Only | | | |
| INTERSTATE BILLING SERVICE | PO BOX 2208 DECATUR, AL 35609 | 1,195.00 | | | |
| J&L Growers, Inc. | 4198 Hwy 37 East Moultrie, GA 31788 | For Notice Only | | | |
| Jacobus Energy, LLC | PO BOX 532156 ATLANTA, GA 30353 | 3,573.05 | | | |
| JAMES MCELROY & DIEHL, PA | 525 NOTH TRYON ST SUITE 700 CHARLOTTE, NC 28202 | 10,722.88 | | | |
| Jeff Bohne | 8 Woodland Dr Lemont IL 60439 | For Notice Only | | | |
| KENCO TRANSPORTATION MGMT | PO BOX 742527 ATLANTA, GA 30374 | 514,960.20 | | | |
| KHL Group Americas, LLC | 14269, N87 Street Suite 205 Scottsdale, AZ 85260 | 19,570.00 | | | |
| Kinshofer USA | 6420 Inducan Dr E, Sanborn NY 14132 | 94,097.38 | | | |
| Kraft Power Corporation | PO BOX 2189 Woburn, MA 01888 | 11,437.82 | | | |
| Lessiter Media | PO Box 624 Brookfield, WI 53008 | 5,658.18 | | | |
| Lift It Capital, LLC | 1112 North Flagler Drive  Fort Lauderdale, FL 33304 | Unknown | x | | |
| Lift It Holdings, LLC | 1112 North Flagler Drive  Fort Lauderdale, FL 33304 | Unknown | x | | |
| Lift It MSA, LLC | 1112 North Flagler Drive  Fort Lauderdale, FL 33304 | Unknown | x | | |
| MacAllister CAT- | Rentals Dept. 78731 P.O. Box 78000 Detroit, MI 48278-0731 | 13,576.18 | | | |
| Magpie Machining & Manufacturing, LLC | 2833 Lesslie Hwy Rock Hill, SC 29730 USA | For Notice Only | | | |
| MailChimp | 675 Ponce De Leon Ave NE Suite 5000 Atlanta, GA 30308 USA | For Notice Only | | | |
| McGriff Insurance Services | P.O. Box 1302 Traverse City, MI 49685 | For Notice Only | | | |
| MCMaster-Carr Supply | 6100 Fulton Industrial Blvd SW, Atlanta, GA 30336 | For Notice Only | | | |
| McMullan Partners, LLC | 72 Craven St., Ocean Isle Beach, NC 28469 | For Notice Only | | | |
| Merlo | Via Nazionale, 9 12010 S. Defendente di Cervasca Cuneo – Italy | For Notice Only | | | |
| Messe Muenchen | Am Messesee 2 · 81829 München | For Notice Only | | | |
| Mitsubishi HC Capital America | Mitsubishi HC Capital Ame - LB P.O. Box 1880 MINNEAPOLIS, MN 55480-1880 | 290,655.01 | x | | |
| MODERN CONTRACTOR SOLUTIONS | 3100 LORNA ROAD, STE 101 BIRMINGHAM, AL 35216-5450 | 8,375.00 | | | |
| Morton & Getty's LLC | 331 E. Main St. # 300 Rock Hill, SC  29730 | For Notice Only | | | |

Applied Machinery Rentals, LLC
Schedule F - Unsecured Claims

| Name | Address | ClaimAmt | Disputed | Contingent | Unliquidated |
|---|---|---|---|---|---|
| Naomi Capital | 88 Pine St, New York NY 10005 | For Notice Only | | | |
| NC QUICK PASS | PO BOX 71116 CHARLOTTE, NC 28272 | 17.20 | | | |
| New Hampshire Dept. of Transportation | 7 Hazen Dr, Concord, NH 03301 | For Notice Only | | | |
| Newman Tractor, LLC | 2841 Verona Road Verona, KY 41092 | Unknown | x | | |
| NFS Leasing, Inc. | 900 Cummings Center Suite 226-U Beverly, MA 01915 | Unknown | x | | |
| North Star Leasing, a division of Peoples Bank | PO Box 4505 Burlington, VT 05406 | Unknown | x | | |
| Onset Financial | 274 12300 S Draper UT 84020 | Unknown | x | | |
| Park Sterling Bank | PO Box 2249 Gastonia, NC 28053 | Unknown | x | | |
| PEACHTREE EQUIP | PEACHTREE EQUIP 3694 Union Ave Hapeville, GA 30354 | 4,166.11 | | | |
| People's Capital and Leasing Corp. | 850 Main Street 3rd Floor BC03 Bridgeport, CT 06604 | Unknown | x | | |
| People's United Bank, N.A | One Post Office Square 32nd Floor Boston, MA 02109 | Unknown | x | | |
| PHMG | 401 NORTH MICHIGAN AVE SUITE 2550 CHICAGO, IL 60611 | For Notice Only | | | |
| Pitney Bowes | PO Box 371887 Pittsburgh, PA 15250-7887 | For Notice Only | | | |
| Polk Electric | 113 Oakland Ave. PO Box 10547 Rock Hill, SC 29730 | For Notice Only | | | |
| Power Pro | 780 East Main St New Holland, PA 17557 | 6,504.43 | | | |
| Precision Transport, Inc. | 1267 Routes 5 & 20 Silver Creek, NY 14136 | For Notice Only | | | |
| Presidential Bank, FSB | 4600 East-West Highway 4th Floor Bethesda, MD 20814 | Unknown | x | | |
| Presnell's Air & Heat LLC | 103 Phil Court Fort Mill, SC 29715 | For Notice Only | | | |
| Professional Account Management, LLC | State Road & Tollway Authority PO Box 500 Horseheads, NY 14845-0500 | For Notice Only | | | |
| Quill | PO Box 37600 Philadelphia, PA 19101-0600 | 1,475.41 | | | |
| RemX Specialty Staffing | P.O. Box 102332 Atlanta, GA 30368-2332 | 36,383.08 | | | |
| Rental Depot | 2200 Gillionville Rd Albany, GA 31707 | 1,556.28 | | | |
| Reon Rounds | 1888 Nora Rd. Cottage Grove, WI 53527 | For Notice Only | | | |
| Republic Services | PO Box 9001099 Louisville, KY 40290-1099 | 426.73 | | | |
| Research Nester | 77 Water St 8th Floor, New York, NY 10005 | For Notice Only | | | |
| RevenFlo | 125 Caldwell St Rock Hill, SC 29730 | 7,127.50 | | | |
| Rich Tool Sys | 1693 Sierra Ave, Yuba City, CA 95993 | For Notice Only | | | |
| Robert Half | 12400 Collections Center Dr. Chicago, IL 60693 | 42,034.75 | | | |
| Roberts Oxygen | PO BOX 5507 ROCKVILLE, MD 20855 | For Notice Only | | | |
| Rock Hill Glass | 560 Bryant Blvd, Rock Hill, SC 29730 | For Notice Only | | | |
| ROTO-ROOTERS | PO BOX 2506 ROCK HILL SC 29732 | For Notice Only | | | |
| Safety-Kleen Systems | PO Box 975201 Dallas, TX 75397 | 5,679.74 | | | |
| SC Dept of Revenue | PO Box 100153 Columbia, SC 29202 | For Notice Only | | | |
| SHERWIN WILLIAMS | Accounts Receivable Dept. 1240 N Cherry Rd Rock Hill, SC 29732-2508 | 909.14 | | | |
| Simmons Bank | PO Box 7009 Pine Buff, AR 71611 | Unknown | x | | |
| Simmons Bank | 100 E. Reelfoot Ave. Union City, TN 38261 | Unknown | x | | |
| SIMS GLOBAL SOLUTIONS | 6101 LONG PRAIRIE ROAD STE 744-252 FLOWER MOUND, TX 75028 | 83,745.00 | | | |
| SmartEquip | 501 Merritt 7 5th Floor Norwalk, CT 06851 | 3,745.00 | | | |
| Snider Fleet Solutions | P.O. Box 749650 Atlanta, GA 30374-9650 | 13,647.29 | | | |
| South State Bank | 817 Dave Gibson Blvd Fort Mill, SC 29708 | For Notice Only | x | | |
| South State Bank | 222 E Main St, Rock Hill, SC 29730 | For Notice Only | | | |
| Southeastern Freight Lines | PO Box 100104 Columbia, SC 29202-3104 | 330.85 | | | |
| Square Funding dba Square Advance | 90 E Halsey Rd, Parsipany NJ 07054 | Unknown | x | | |
| St John the Baptist Church | 180 Laurel Ave, Tryon, NC 28782 | For Notice Only | | | |
| State Auto | 518 E. Broad St. Columbus, OH 43215 | 28,749.24 | | | |
| Steele Creek Printing & Design | 12255 Nations Ford Road Suite A Pineville, NC 28134 | For Notice Only | | | |
| Stein Service & Supply | 1301-G Westinghouse Blvd, Charlotte NC28273 | 26,584.27 | | | |
| Stems Bank | 4191 Second St. South St. Cloud, MN 56301 | Unknown | x | | |
| Stowers Rental Store | P.O. Box 14802 Knoxville, TN 37814 | For Notice Only | | | |
| Summit Funding Group | 4680 Parkway Dr Suite 300 Mason, OH 45040 | Unknown | x | | |
| SWANSTON EQUIP | 3450 MAIN AVE FARGO, ND 58103 | (6.51) | | | |
| Taylor North East Rentals | 931 Hemlock Road Morgantown, PA 19543 | For Notice Only | | | |
| TCIA | 670 N. Commercial St., Suite 201 Manchester, NH 03101 | 8,100.00 | | | |
| Team Trucking & Transport | PO Box 371 Iron Station, NC 28080 | 6,175.00 | | | |
| Tencarva Machinery | Tencarva 417-B Minuet Ln, Charlotte, NC 28217 | For Notice Only | | | |
| TerraNova Capital | 420 Lexington Avenue, Suite 1402 New York, NY 10170 | For Notice Only | | | |
| The Hanover Insurance Group | PO Box 580045 Charlotte, NC 28258 | For Notice Only | | | |
| Thompson Tractor Co., Inc. | PO Box 10367 Birmingham, AL 35202 | Unknown | x | | |
| TNT EQUIPMENT-Vendor | 800 West Sanilac Sanduski, MI 48471 | For Notice Only | | | |
| Today Publications | PO Box 1173 Fort Dodge IA 50501 | 5,396.00 | | | |
| Tompkins Industries | PO Box 88686 Carol Stream, IL 60188-8686 | 356.56 | | | |
| TOTAL APPEARANCE EXHIBIT SERVICES | 3700 W BLACKJACK RIDGE RD PRESCOTT, AZ 86305 | 16,950.00 | | | |
| Tractor & Equipment Company - Vendor | 5336 Airport Hwy Birmingham, AL 35212 | For Notice Only | | | |
| Traush Dynamics | 3727 Westgate Rd, Grand Island, NE 68803 | For Notice Only | | | |
| TRG Bond | 211 E Main Street Suite C Bozeman, MT 59715 | For Notice Only | | | |
| Trox Tech | 7560 Charlotte HWY Fort Mill SC 29707 | For Notice Only | | | |
| Trucraft Welding and Machine | 3437 Hands Mill Hwy York, SC 29745 | For Notice Only | | | |
| ULine Shipping | PO Box 88741 Chicago, IL 60680-1741 | 5,262.11 | | | |
| Union Funding Group | 1835 E. Hallandale Beach Blvd #278, Hallandale Beach, FL 33009 | For Notice Only | | | |
| United Rentals-Vendor | 705 N Anderson Rd, Rock Hill, SC 29730 | For Notice Only | | | |
| UPS | PO Box 650690 Dallas, TX 75265-0690 | 1,120.22 | | | |
| Urbain Communications LLC | 1539 Radhika St Fort Atkinson, WI 53538 | 5,452.00 | | | |
| Verizon Wireless | PO BOX 4001 ACWORTH, GA 30101 | For Notice Only | | | |
| VFI KR SPE I LLC | 2800 East Cottonwood Parkway 2nd Floor Salt Lake City, UT 84121 | Unknown | x | | |
| Webfunder | 1835 E. Hallandale Beach Blvd #278, Hallandale Beach, FL 33009 | For Notice Only | | | |
| Weisman, Young & Ruemenapp | 30100 Telegraph Rd Ste 428, Bingham Farms, MI 48025 | For Notice Only | | | |

Applied Machinery Rentals, LLC
Schedule F - Unsecured Claims

| Name | Address | ClaimAmt | Disputed | Contingent | Unliquidated |
|------|---------|----------|----------|------------|--------------|
| Western Montana -Vendor | 50230 US HWY 93, Polson, MT 59860 | For Notice Only | | | |
| WHEELER FINANCIAL | DPT 268 PO BOX 981038 BOSTON, MA 02298-1038 | 9,349.72 | | | |
| Wilson Technology Group | 6120 Brookshire Blvd Suite V Charlotte, NC 28216 | 8,992.24 | | | |
| Wintrust Equipment Finance, a division of Wintrust Asset Finance | 3665 Park Place West Suite 150 Mishawaka, IN 46545 | Unknown | x | | |
| WOODFOREST NATIONAL BANK | PO BOX 7889 WOODLANDS, TX 77387 | For Notice Only | | | |
| Wood's CRW Corp | PO Box 1099 Williston, VT 05495 | 1,928.50 | | | |
| Workman's Pallets | 2010 Ogden Rd, Rock Hill, SC 29730 | For Notice Only | | | |
| World of Concrete | 222 WEST COLINAS BLVD Suite 450E Irving TX 75039 | For Notice Only | | | |
| XF S.r.l. | Via Romagna, 16 20090 OPERA (MI) ITALY | For Notice Only | | | |
| York County Natural Gas | PO BOX 11907 ROCK HILL, SC 29731 | For Notice Only | | | |
| YORK COUNTY TREASURER | 6 S Congress St., York, SC 29745 | 462,040.53 | | | |
| YRC Freight | P.O. BOX 93151 CHICAGO, IL 60673-3151 | 1,019.44 | | | |

**Fill in this information to identify the case:**

Debtor name   **Applied Machinery Rentals, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **23-30461**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ALSO SEE ATTACHED EXHIBIT** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Lease of business premises**<br><br>State the term remaining<br><br>List the contract number of any government contract | **G and W Industrial Properties, LLC**<br>**c/o Estate of Garth McGillewie**<br>**1205 Galleria Blvd.**<br>**Rock Hill, SC 29730** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **automobile lease, 2021 Porsche 911 Turbo S**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Porsche Financial Services**<br>**75 Remittance Dr., STE 1738**<br>**Chicago, IL 60675** |

Applied Machinery Rentals, LLC
Schedule G - Executory Contracts

| NAME | ADDRESS | PURPOSE / Type |
|---|---|---|
| Acme Lift Company | 4751 E Indigo St., Mesa AZ 85205 | Re-Rental Agreement |
| AgCentral Co-Op | 920 Congress Pkwy N.,Athens, TN 37303 | Dealer Agreement |
| Ahern Rentals | 460 Main Street Spencer, MA 01562 | Dealer Agreement |
| Ahern Rentals | 460 Main Street Spencer, MA 01562 | Master Lease Agreement |
| AllState Crane | 117 Medway Rd, Goose Creek, SC 29445 | Re-Rental Agreement |
| Alpha Omega Equipment | 300 S Grant Ave,Odessa, TX 79762 | Dealer Agreement |
| Alta Construction Equipment , LLC | 56195 Pontiac Trail, New Hudson, MI 48165 | Dealer Agreement - Written |
| Alta Construction Equipment Florida, LLC | 8418 Palm River Rd., Tampa FL 33619 | Dealer Agreement - Written |
| Alta Construction Equipment Illinois, LLC | 613 E Stevenson Rd, Ottawa IL 48150 | Dealer Agreement - Written |
| Alta Equipment | 2470 W Columbia Ave,Battle Creek, MI 49015 | Dealer Agreement |
| Atlantic & Southern Equipment, LLC (AG) | 1504 Hwy 117 South,Goldsboro, NC 27530 | Dealer Agreement |
| Atlantic & Southern Equipment, LLC (AG) | 1923 Kinsey Rd Dothan,, Dothan, AL 36303 | Dealer Agreement |
| Atlantic & Southern Equipment, LLC (AG) | 1642 Forest Pkwy,Lake City, GA 30260 | Dealer Agreement |
| Atlantic & Southern Equipment, LLC (AG) | 4186 Hwy 82,West Tifton, GA 31794 | Dealer Agreement |
| Atlantic & Southern Equipment, LLC (AG) | 1904 W Main St,Williamston, NC 27892 | Dealer Agreement |
| B&B Crane | PO BOX 1594 SHALLOTTE, NC 28459 | Re-Rental Agreement |
| B&B Crane | PO Box 1594, Shallotte, NC 28459 | Master Lease Agreement |
| Bailey's Inc | 1222 Commerce Ave., Suite D,Woodland, CA 95776 | Dealer Agreement |
| Barry Equipment | 30 Birch Island Road, Webster, MA 01570 | Dealer Agreement - Written |
| Big B Crane | 645 E Renfro St, Burleson TX 76028 | Re-Rental Agreement |
| Bigge Crane | 10700 Bigge St,San Leandro, CA 94577 | Dealer Agreement |
| Bigge Crane | 3300 Busch Road,Pleasanton, CA 94566 | Dealer Agreement |
| Bigge Crane | 5050 Carpenter Road,Stockton, CA 95205 | Dealer Agreement |
| Bigge Crane | 2895 Industrial Blvd Suite 100A,West Sacramento, CA 95691 | Dealer Agreement |
| Bigge Crane | 18410 Slover Ave,Bloomington, CA 92316 | Dealer Agreement |
| Bigge Crane | 14511 Industry Cir,La Mirada, CA 90638 | Dealer Agreement |
| Bigge Crane | 4191 E Dandelion St,Pahrump, NV 89048 | Dealer Agreement |
| Bigge Crane | 8300 McHard Rd,Houston, TX 77053 | Dealer Agreement |
| Bigge Crane | 10604 Airline Hwy,Gonzalez, LA 70737 | Dealer Agreement |
| Bigge Crane | 14405 Stenum St,Biloxi, MS 39532 | Dealer Agreement |
| Bigge Crane | 9900 I-20 Frontage Rd,Sweetwater, TX 79556 | Dealer Agreement |
| Bigge Crane | 460 S Orange St,Salt Lake City, UT 84104 | Dealer Agreement |
| Bigge Crane | 10180 Brighton Rd,Denver, CO 80640 | Dealer Agreement |
| Bigge Crane | 1970 N Linn Ave,New Hampton, IA 50659 | Dealer Agreement |
| Bigge Crane | 59326 878 Rd,Ponca, NE 68770 | Dealer Agreement |
| Bigge Crane | 3280 Charleston Hwy,Aiken, SC 29801 | Dealer Agreement |
| Bigge Crane | 1080 Industrial Dr,Watkinsville, GA 30677 | Dealer Agreement |
| Bigge Crane | 1487-A Theresa Dr,Charleston, SC 29412 | Dealer Agreement |
| Bigge Crane | 911 College St,Bowling Green, KY 42101 | Dealer Agreement |
| Bigge Crane | 1909 NW 18th St,Pompano Beach, FL 33069 | Dealer Agreement |
| Bigge Equipment | 8300 McHard Road, Houston TX 77053 | Re-Rental Agreement |
| BMW Financial Services | PO Box 9001065, Louisville KY 40290-1065 | 2021 BMW X5 VIN 5UXJU4C00M9D93142 |
| Bobcat of Mandan | 4209 Memorial Hwy,Mandan, ND 58554 | Dealer Agreement |
| Bobcat of Saratoga | 1279 Route 9 Gansevoort,Gansevoort,, NY 12831 | Dealer Agreement |
| Boyd CAT | 876 Robert C. Byrd Drive,Sophia, WV 25921 | Dealer Agreement |
| Boyd CAT | 1314 Robert C. Byrd Drive,Crab Orchard, WV 25827 | Dealer Agreement |
| Boyd CAT | 2200 S. Kentucky Avenue,Corbin, KY 40701 | Dealer Agreement |
| Boyd CAT | 359 S. Lanks Branch,Pikeville, KY 41501 | Dealer Agreement |
| Boyd CAT | 1400 E. Dupont Avenue,Belle, WV 25015 | Dealer Agreement |
| Boyd CAT | 3 Park Road Hub Industrial Park,Nitro, WV 25143 | Dealer Agreement |
| Boyd CAT | 12251 US 60,Ashland, KY 41102 | Dealer Agreement |
| Boyd CAT | 1900 Jaggie Fox Way,Lexington, KY 40511 | Dealer Agreement |
| Boyd CAT | 1477 Mayhew Road,Jackson, OH 45640 | Dealer Agreement |
| Boyd CAT | 4010 Emerson Avenue,Parkersburg, WV 26104 | Dealer Agreement |
| Boyd CAT | 215 Meeks Road,Dry Ridge, KY 41035 | Dealer Agreement |
| Boyd CAT | 131 Parkway Drive Elizabethtown, Kentucky 42701,Elizabethtown, KY 42701 | Dealer Agreement |
| Boyd CAT | 390 High Rail Way,Bowling Green, KY 42101 | Dealer Agreement |
| Boyd CAT | 10910 Electron Drive,Louisville, KY 40299 | Dealer Agreement |
| Boyd CAT | 1400 Cecil Avenue,Louisville, KY 40211 | Dealer Agreement |
| Boyd CAT | 6109 Hamburg Pike,Jeffersonville, IN 47130 | Dealer Agreement |
| Boyd CAT | 160 Moremen Road Brandenburg, KY 40108,Brandenburg, KY 40108 | Dealer Agreement |
| Boyd CAT | 211 Commerce Court Hopkinsville, Kentucky 42240,Hopkinsville, KY 42240 | Dealer Agreement |
| Boyd CAT | 2420 Lynch Road,Evansville, IN 47711 | Dealer Agreement |
| Boyd CAT | 1600 North 8th Street,Paducah, KY 42001 | Dealer Agreement |
| Brooks Tractor | 1031 Lawrence Drive,De Pere, WI 54115 | Dealer Agreement |
| Brooks Tractor | 12101 W Silver Spring Dr,Milwaukee, WI 53225 | Dealer Agreement |
| Brooks Tractor | 1609 SE Frontage Road,Mt. Pleasant, WI 53177 | Dealer Agreement |
| Brooks Tractor | 5429 Prairie Drive,Plover, WI 54467 | Dealer Agreement |
| Brooks Tractor | 2900 Bicycle Street,Sparta, WI 54656 | Dealer Agreement |
| Brooks Tractor | 451 West Avenue North,West Salem, WI 54669 | Dealer Agreement |
| Brooks Tractor | 1900 West Main Street,Sun Prairie, WI 53590 | Dealer Agreement |
| Century Equipment | 4343 Century Dr.,Salt Lake City, UT 84123 | Dealer Agreement |
| Century Equipment | 1350 S. 2000 West,Springville, UT 84663 | Dealer Agreement |
| Century Equipment | 453 N 1000 West.,Logan, UT 84321 | Dealer Agreement |
| Century Equipment | 549 32nd Rd.,Clifton, CO 81520 | Dealer Agreement |
| Century Equipment | 6301 Edith Blvd.,NE Albuquerque, NM 87107 | Dealer Agreement |
| Century Equipment | 425 Jonah Drive,Rock Springs, WY 82901 | Dealer Agreement |
| Century Equipment | 1097 Hwy 3,Durango, CO 81301 | Dealer Agreement |
| Chrysler Capital | PO Box 961276, Fort Worth TX 76161-1276 | 2020 Jeep Grand Cherokee VIN 1C4RJFCG2LC340916 |
| Cintas | PO Box 630803 Cincinnati, OH 45263-0803 | Free-standing water cooler lease |
| Cintas | PO Box 630803 Cincinnati, OH 45263-0803 | Eyewash stand (2) lease |
| Cintas | PO Box 630803 Cincinnati, OH 45263-0803 | External defibrillator lease |
| Coblentz | 7719 Township Road 551, Holmesville, OH 44633 | Re-Rental Agreement |
| Coblentz Equipment | 7719 Township Road 551,Holmesville, OH 44633 | Dealer Agreement |
| Con-Ag-Tech | 61500 Watson Rd,Saint Ignatius, MT 59865 | Dealer Agreement |
| Con-Ag-Tech | 5904 Twelve Mile Rd.,Billings, MT 59105 | Dealer Agreement |
| Con-Ag-Tech | 191 Center St.,Mesa, WA 99343 | Dealer Agreement |
| Con-Ag-Tech | 10890 Sapp Brothers Dr.,Omaha, NE 68138 | Dealer Agreement |
| Con-Ag-Tech Midwest, LLC | 5485 NE 17th St., Suite D,Des Moines, IA 50313 | Dealer Agreement |

| | | |
|---|---|---|
| Country Life Equipment | 2138 W Hwy 79,Franklin, Texas 77856 | Dealer Agreement |
| Crownstone Equipment | 7649 Hayward Rd,Frederick, MD 21702 | Dealer Agreement |
| Crownstone Equipment | 18213 Maugans Avenue,Hagerstown, MD 21740 | Dealer Agreement |
| Eklund Farm Machinery | 27696 State Hwy 23,Stamford, NY 12167 | Dealer Agreement |
| Equipment Inc | 620 Hwy 49 South,Richland, MS 39218 | Dealer Agreement |
| Equipment Inc | 6025 W. Range Line Road,Theodore, AL 36582 | Dealer Agreement |
| Equipment Inc | 111 Air Park Road,Tupelo, MS 38801 | Dealer Agreement |
| Equipment Inc | 7879 US Highway 49 North,Hattiesburg, MS 39402 | Dealer Agreement |
| Equipment Inc | 7408 Hampton Road,Texarkana, TX 75503 | Dealer Agreement |
| Equipment Inc | 5141 W. Loop 281,Longview, TX 75602 | Dealer Agreement |
| Equipment Inc | 6753 Greenwood Road,Shreveport, LA 71119 | Dealer Agreement |
| First Choice Farm & Lawn | 1800 W. Reelfoot Ave,Union City, TN 38261 | Dealer Agreement |
| First Choice Farm & Lawn | 305 Hwy 51 S,Dyersburg, TN 38024 | Dealer Agreement |
| FMI Equipment | 11111 E. Trent Ave.,Spokane Valley, WA 99206 | Dealer Agreement |
| FMI Equipment | 9442 N. Whitaker Rd.,Portland, OR 97217 | Dealer Agreement |
| FMI Equipment | 19940 Old Owen Rd,Monroe, WA 98272 | Dealer Agreement |
| FMI Equipment | 1947 Saint St.,Richland, WA 99354 | Dealer Agreement |
| FMI Equipment | 1701 E Bay St.,Tacoma, WA 98421 | Dealer Agreement |
| FMI Equipment | 99 Garden Hwy,Yuba, CA 95991 | Dealer Agreement |
| G&W Industrial Properties | 1205 Galleria Blvd, Rock Hill SC 29730 | Real estate lease |
| Garden State | 3509 Rt 22 E,  Somerville, NJ 08876 | Re-Rental Agreement |
| Garden State Engine & Equipment | 3509 Rt. 22 East,Somerville, NJ 8876 | Dealer Agreement |
| Hartford's Forklift | 215 North River Road,Auburn, ME 4210 | Dealer Agreement |
| Hawthorne Cat | 16945 Camino San Bernardo, San Diego CA 92127 | Dealer Agreement |
| Hendrix Business Systems | 2040 Independence Commerce Dr, Matthews NC 28105 | Canon copier and peripherals lease |
| Holt of CA | 1521 W Charter Way,  Stockton, CA 95206 | Re-Rental Agreement |
| Holt of CA | 4855 Caterpillar Road, Redding CA 96003 | Dealer Agreement |
| Imperial Crane | 9735 S. Industrial Drive, Bridgeview, Il 60455 | Dealer Agreement |
| James River Equipment | 245 Yardmaster Court,Stephenson, VA 22656 | Dealer Agreement |
| James River Equipment | 2421 US Hwy 64 East,Asheboro, NC 27203 | Dealer Agreement |
| James River Equipment | 11047 Leadbetter Road,Ashland, VA 23005 | Dealer Agreement |
| James River Equipment | 305 N Main St,Mt. Gilead, NC 27306 | Dealer Agreement |
| Lift It Rentals | 1112 North Flagler Drive, Fort Lauderdale, FL 33304 | Master Lease Agreement |
| MacAllister CAT | Dept. 78731 P.O. Box 78000 Detroit, MI 48278-0731 | Re-Rental Agreement |
| MacAllister Machinery | 2500 W Coliseum Blvd,Fort Wayne, IN 46808 | Dealer Agreement |
| MacAllister Machinery | 7515 E 30th St,Indianapolis, IN 46219 | Dealer Agreement |
| MacAllister Machinery | 6300 Southeastern Ave,Indianapolis, IN 46203 | Dealer Agreement |
| MacAllister Machinery | 500 Hine Dr, Lafayette,, IN 47905 | Dealer Agreement |
| MacAllister Machinery | 25734 IN-2,South Bend, IN 46619 | Dealer Agreement |
| MacAllister Machinery | 20 W Margaret Ave,Terre Haute, IN 47802 | Dealer Agreement |
| MacAllister Machinery | 1453 W 150 S ,Washington, IN 47501 | Dealer Agreement |
| Modern Farm Equipment | 40486 408th St.,Sauk Centre, MN 56378 | Dealer Agreement |
| Modern Farm Equipment | 25894 Highway 27 ,Pierz, MN 56364 | Dealer Agreement |
| Modern Group - Allentown | 6352 Chapmans Rd,Allentown, PA 18106 | Dealer Agreement |
| Modern Group - Bowie | 5401 Howerton Way,Bowie, MD 20715 | Dealer Agreement |
| Modern Group - Bristol | 2501 Durham Road,Bristol, PA 19007 | Dealer Agreement |
| Modern Group - Edison | 75 New Street Edison,Edison, NJ 08837 | Dealer Agreement |
| Modern Group - Hasbrouck Heights | 112-128 Route 17,North Hasbrouck Heights, NJ 07604 | Dealer Agreement |
| Modern Group - Reading | 2021 Centre Ave,Reading, PA 19605 | Dealer Agreement |
| Modern Group - Wilkes-Barre | 295 New Commerce Blvd,Wilkes-Barre, PA 18706 | Dealer Agreement |
| Modern Group - York | 3480 Board Rd,York, PA 17406 | Dealer Agreement |
| Mountain View Equipment Company | 700 West Overland Rd,Meridian, ID 83642 | Dealer Agreement |
| Mountain View Equipment Company | 3407 Hwy 95,Homedale, ID 83628 | Dealer Agreement |
| Mountain View Equipment Company | 1720 S. Lincoln Ave ,Jerome, ID 83338 | Dealer Agreement |
| Mountain View Equipment Company | 521 Midvale Rd,Sunnyside, WA 98944 | Dealer Agreement |
| Murphy Family Inc | 585 E. National Pike,Washington, PA 15301 | Dealer Agreement |
| Murphy Family Inc | 541 Industrial Pike Dr,Smock, PA 15401 | Dealer Agreement |
| Newman Tractor | 2841 Verona Rd Verona KY 41092 | Re-Rental Agreement |
| Newman Tractor | 2600 W State RD. 60 W,Bartow, FL 33830 | Dealer Agreement |
| Newman Tractor | 2841 Verona Rd,Verona, KY 41092 | Dealer Agreement |
| OnSet Financial | 274 12300 S, Draper UT 84020 | Master Lease Agreement |
| Peachtree | 3694 Union Ave Hapeville, GA 30354 | Re-Rental Agreement |
| Peachtreet Equipment | 3694 Union Ave,Hapeville, GA 30354 | Dealer Agreement |
| Piranha Rentals | 2059 Grand Caillou,Houma, LA 70363 | Dealer Agreement |
| Piranha Rentals | 41093 Hwy 23,Venice, LA 70038 | Dealer Agreement |
| Piranha Rentals | 147 1st Street,Port Fourchon, LA 70357 | Dealer Agreement |
| Pitney Bowes | PO Box 371887 Pittsburgh, PA 15250-7887 | Postage meter and related peripherals lease |
| Porsche Financial Services | 75 Remittance Dr., Suite 1738, Chicago IL 60675-1738 | 2021 Porsche 911 Turbo S WP0AD2A98MS257161 |
| PowerPro Equipment | 800 E. Main St,New Holland, PA 17557 | Dealer Agreement |
| PowerPro Equipment | 154 Lancaster Avenue,Malvern, PA 19355 | Dealer Agreement |
| PowerPro Equipment | 6515 Memorial Rd #B,Allentown, PA 18106 | Dealer Agreement |
| PowerPro Equipment | 2012 Cumberland St,Lebanon, PA 17042 | Dealer Agreement |
| PowerPro Equipment | 4565 West Market Street,York, PA 17408 | Dealer Agreement |
| PowerPro Equipment | 70 US-202,Ringoes, NJ 8551 | Dealer Agreement |
| PowerPro Equipment | 864 N West End Blvd,Quakertown, PA 18951 | Dealer Agreement |
| Professional Equipment Rentals | 17109 Day Road, Dundee MI 48131 | Re-Rental Agreement |
| Quinn CAT - Bakersfield | 2200 Pegasus Dr,,Bakersfield, CA 93308 | Dealer Agreement |
| Quinn CAT - Corcoran | 510 Pickerell Ave,Corcoran, CA 93212 | Dealer Agreement |
| Quinn CAT - Firebaugh | 1219 12th St,Firebaugh, CA 93622 | Dealer Agreement |
| Quinn CAT - Foothill Ranch | 25961 Wright,Foothill Ranch, CA 92610 | Dealer Agreement |
| Quinn CAT - Fresno | 10273 Golden State Blvd,Selma, CA 93662 | Dealer Agreement |
| Quinn CAT - Indio | 83684 Citrus Ave,Indio, CA 92201 | Dealer Agreement |
| Quinn CAT - Lancaster | 46101 Sierra Hwy,Lancaster, CA 93534 | Dealer Agreement |
| Quinn CAT - Los Angeles | 10006 Rose Hills Rd,City of Industry, CA 90601 | Dealer Agreement |
| Quinn CAT - Murrieta | 41105 Raintree Ct,Murrieta, CA 92562 | Dealer Agreement |
| Quinn CAT - Oxnard | 801 North Del Norte Blvd,Oxnard, CA 93030 | Dealer Agreement |
| Quinn CAT - Paso Robles | 1560 Ramada Dr,,Paso Robles, CA 93446 | Dealer Agreement |
| Quinn CAT - Pomona | 3359 Pomona Blvd,,Pomona, CA 91768 | Dealer Agreement |
| Quinn CAT - Riverside | 800 East La Cadena Dr,Riverside, CA 92507 | Dealer Agreement |
| Quinn CAT - Riverside-Ever-Pac | 1499 Palmyrita Ave,Riverside, CA 92507 | Dealer Agreement |
| Quinn CAT - Salinas | 1300 Abbott St.,Salinas, CA 93901 | Dealer Agreement |
| Quinn CAT - Santa Maria | 1655 Carlotti Dr.,Santa Maria, CA 93454 | Dealer Agreement |
| Quinn CAT - Sylmar | 13275 Golden State Rd.,Sylmar, CA 91342 | Dealer Agreement |
| Quinn CAT - Tulare | 6200 Hosfield Dr.,Tulare, CA 93274 | Dealer Agreement |

| | | |
|---|---|---|
| Quinn CAT - Victorville | 11930 Mariposa Rd.,Hesperia, CA 92345 | Dealer Agreement |
| Quinn CAT - Yuma | 3579 E. Gila Ridge Rd.,Yuma, AZ 85365 | Dealer Agreement |
| Reeman Equipment | 7180 W. 48th St.,Fremont, MI 49412 | Dealer Agreement |
| Republic Services | PO Box 9001099 Louisville, KY 40290-1099 | Trash dumpsters agreement |
| Ricer Equipment | 49 Good Manor Road,Lucasville, OH 45648 | Dealer Agreement |
| Ricer Equipment | 486 Burlington Road,Jackson, OH 45640 | Dealer Agreement |
| Ricer Equipment | 651 Philips Run Road,Summersville, WV 26651 | Dealer Agreement |
| Robert H. Finke & Sons Inc | 1569 US9 W,Selkirk, NY 12158 | Dealer Agreement |
| Scott Equipment | 14635 Valley Blvd,Fontana, CA 92335 | Dealer Agreement |
| Scott Equipment | 10918 Shoemaker Avenue,Santa Fe Springs, CA 90670 | Dealer Agreement |
| Stowers CAT | 4066 South Access Road,Chattanooga, TN 37406 | Dealer Agreement |
| Stowers CAT | 215 Interchange Drive,Crossville, TN 38571 | Dealer Agreement |
| Stowers CAT | 6301 Old Rutledge Pike,Knoxville, TN 37924 | Dealer Agreement |
| Stowers CAT | 1825 Veterans Boulevard,Sevierville, TN 37862 | Dealer Agreement |
| Stowers CAT | 9960 Airport Parkway,Kingsport, TN 37663 | Dealer Agreement |
| Stowers CAT | 10644 Lexington Drive,Knoxville, TN 37932 | Dealer Agreement |
| Terry County Tractor | 1203 Seagraves Road,Brownfield, TX 79316 | Dealer Agreement |
| Terry County Tractor | 8504 Highway 87,Lubbock, TX 79423 | Dealer Agreement |
| Thompson Tractor | 3317 Messer Airport Hwy, Birmingham AL 35222 | Re-Rental Agreement |
| Thompson Tractor | 2401 Pinson Valley Parkway, Birmingham, AL 35217 | Dealer Agreement |
| TNT Equipment | 800 Sanilac Rd.,Sandusky, MI 48471 | Dealer Agreement |
| United Ag & Turf | 3021 State Highway 5S,Fultonville, NY 12072 | Dealer Agreement |
| United Ag & Turf | 1137 US RT 7,Middlebury, VT 05753 | Dealer Agreement |
| United Ag & Turf | 216 Center Road,Fairfield, ME 04937 | Dealer Agreement |
| United Ag & Turf | 29 Industrial Drive,Middlebury, VT 05753 | Dealer Agreement |
| United Ag & Turf | 119 South Main Street,East Windsor, CT 06088 | Dealer Agreement |
| United Rentals | 100 First Stamford Place, Suite 700, Stamford CT 06902 | Dealer Agreement |
| US Markets | 909 S IL-83, Suite 200, Elmhurst IL 60126 | Re-Rental Agreement |
| Wagner Cat | 18000 Smith Road, Aurora CO 80011 | Dealer Agreement |
| Wilson Tractor | 440 Wilson Road,Newberry, SC 29108 | Dealer Agreement |
| Woods CRW | 795 Marshall Ave,Williston, VT 5495 | Dealer Agreement |
| Woods CRW | 65 Leicester Street,North Oxford, MA 1537 | Dealer Agreement |
| Woods CRW | 751 County Route 37,Central Square, NY 13036 | Dealer Agreement |
| Woods CRW | 7096 Carlisle Pike,Carlisle, PA 17015 | Dealer Agreement |

**Fill in this information to identify the case:**

Debtor name    **Applied Machinery Rentals, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **23-30461**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **SEE ATTACHED EXHIBIT** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Applied Machinery Rentals, LLC
Schedule H - Co-Debtors

| Name | Address | ZIP | Creditor | Applicable Schedules |
|------|---------|-----|----------|----------------------|
| N935JC LLC | 8301 Marcliffe Court, Waxhaw NC 28173 | | Multiple | D,F,G |
| G&W Industrial Properties, LLC | 1205 Galleria Blvd, Rock Hill SC 29730 | | Multiple | D,F,G |
| Stateline Rentals, LLC | 1205 Galleria Blvd, Rock Hill SC 29730 | | Multiple | D,F,G |
| G&W Holding Company LLC | 8301 Marcliffe Court, Waxhaw NC 28173 | | Multiple | D,F,G |
| Wendy D. McGillewie | 8302 Marcliffe Court, Waxhaw NC 28173 | | Multiple | D,F,G |
| Estate of Garth McGillewie | 8303 Marcliffe Court, Waxhaw NC 28173 | | Multiple | D,F,G |
| Airo USA, LLC | 1205 Galleria Blvd, Rock Hill SC 29730 | | Unknown | D,F,G |
| Hydra-Machinery Company, Inc. | 4544 Allison Creek Road,  York SC | | Unknown | D,F,G |
| Hydra-Machinery Sales, Inc. | 101 Heritage Pk RT 49S, Lake Wylie SC | | Unknown | D,F,G |