

FILED & JUDGMENT ENTERED
Steven T. Salata

September 28 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Applied Machinery Rentals, LLC** | ) | Case No. 23-30461 |
| | ) | |
| Debtor. | ) | |

### <u>ORDER GRANTING MOTION TO CONDUCT RULE 2004 DISCOVERY</u>

This matter is before the Court on the Trustee's motion (the "Motion") to conduct Rule 2004 discovery on Jessica King ("King"). In the Motion, the Trustee asserts that King has firsthand knowledge of the Debtor's business operations and alleged fraud. Having considered the Motion and for good cause shown, the Court finds, concludes, and orders:

1.     The Motion is granted.

2.     The Trustee is permitted to serve document subpoenas on King to obtain documents related to the Debtor's operations, potential litigation claims, and the Debtor's alleged fraudulent scheme. Any document subpoenas issued in connection herewith will provide twenty one days in which to produce any responsive documents.

3.     The Trustee is permitted to take King's deposition provided that he first make a good faith effort to confer with King regarding a mutually agreeable date of the deposition.

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |